**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | |
|---|---|
| Aailiyah Patterson, Administratrix of the Estate of Joe Patterson,<br><br>    Plaintiff,<br><br>vs.<br><br>We Are Sharing Hope SC, United Network for Organ Sharing, Elizabeth Davies, M.D., Jacqueline Honig, M.D., and Darla Welker,<br><br>    Defendants. | Civil Action No. 2:21-cv-1242-BHH<br><br><br>**DEFENDANT UNITED NETWORK FOR ORGAN SHARING'S DISCLOSURE OF EXPERT WITNESSES** |

    Pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure, Defendant United Network for Organ Sharing ("UNOS"), reserving the right to amend and/or supplement, hereby makes its expert disclosures and certifies that all information required by Rule 26(a)(2)(B) FRCP has been disclosed to Plaintiff's counsel as follows:

### Rule 26(a)(2)(B) Disclosures

    UNOS discloses the following expert witnesses pursuant to Rule 26(a)(2)(B):

1.     Edward L. Snyder, MD, MA, FACP
       20 York Street
       New Haven, CT 06504

       Dr. Snyder is an expert in the field of hematology and ABO blood typing. He will provide testimony consistent with the opinions set forth in his report, to include any supplements or amendments thereto.

2.     John Julian Fung, MD
       1201 South Prairie Avenue
       Chicago, IL 60605
       773.702.9682

       Dr. Fung is an expert in the field of transplant surgery and will provide testimony consistent with the opinions set forth in his report, to include any supplements or amendments thereto.

    UNOS reserves the right to supplement its disclosures to the extent permitted by Rule 26(a)(E) of the Federal Rules of Civil Procedure and to substitute a new expert if any of the

individuals identified above subsequently become unavailable to testify due to circumstances beyond its control.

          Respectfully submitted,

          **HALL BOOTH SMITH, P.C.**

          *s/Lauren Spears Gresh*
          Lauren Spears Gresh, Fed. ID No. 11740
          Jonathan S. Arndt, Fed. ID No. 12889
          111 Coleman Blvd, Suite 301
          Mount Pleasant, South Carolina 29464
          Phone:  843.720.3460
          Email: LGresh@hallboothsmith.com
                 JArndt@hallboothsmith.com

          *Counsel for Defendant United Network for Organ Sharing*

August 5, 2022
Mount Pleasant, South Carolina