# EXHIBIT A

# Sally Aungier

| | |
|---|---|
| **From:** | White, Maureen [WhiteM@lifepoint-sc.org] |
| **Sent:** | Thursday, May 03, 2012 5:08 PM |
| **To:** | eeidbo@aopo.org; mpaster@aopo.org; coneill@aopo.org; David M. Kappus; Sally Aungier |
| **Cc:** | Kay, Nancy; Drake, Peggy |
| **Subject:** | Change in Medical Director at LifePoint, Inc. |
| **Attachments:** | Dr. Whelan MD License.pdf; Dr. Foster CV.pdf; Dr. Foster MD License.pdf; Dr. Whelan CV.pdf |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Due By:** | Monday, May 14, 2012 10:00 AM |
| **Flag Status:** | Flagged |

To Whom It May Concern,

This correspondence serves as notification of the change in the Medical Directorship at LifePoint, Inc.

Dr. Robert Sade has announced his retirement, effective May 23, 2012. Dr. Richard Foster, Jr. has accepted a contract as the Medical Director for the Organ Recovery Services Division at LifePoint, Inc. Dr. Timothy Whelan will serve as the Associate Medical Director for the Organ Recovery Services Division. Attached please find *curricula vitae* for Drs. Foster and Whelan.

Please contact me at (843) 763-7755 with any questions.

Respectfully,

**Maureen White PhD, MT(ASCP)**
Director of Quality Systems

**LifePoint, Inc.**
Organ & Tissue Donation Services for South Carolina
3950 Faber Place Drive, Suite 400, Charleston, SC 29405
Office 800.462.0755 :: Fax 843.763.6393 :: http://lifepoint-sc.org/

**Give the Gift of Life**
Register to Be an Organ & Tissue Donor at http://www.donatelifesc.org/

**Confidentiality Notice:** This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

UNOS DP 481
LAWRENCE

# BIO
## *Richard P. Foster, Jr., M.D*

Dr. Rick Foster is the Senior Vice President for Quality and Patient Safety with the South Carolina Hospital Association (SCHA). He also serves as Senior Medical Advisor for LifePoint, the Organ Procurement Organization for South Carolina. Prior to joining the Hospital Association, Dr. Foster served as Chief Medical Officer for Trident Health System in Charleston, South Carolina. Dr. Foster's primary responsibilities include coordination and oversight of quality improvement and patient safety programs and activities for SCHA and its member hospitals. Dr. Foster's previous medical administrative experience includes service as CEO of the Carolina Health Group, a provider network management company that acted as the management arm for three multi-specialty IPA Networks in the Coastal Region of South Carolina, and as the Medical Director of Companion Healthcare, the HMO subsidiary of Blue Cross Blue Shield of South Carolina.

Dr. Foster received his Undergraduate Degree at Clemson University and his Medical Degree from MUSC. He completed his residency in Family Medicine at Self Memorial Hospital in Greenwood, and was in the private practice of family medicine in Surfside Beach and Charleston prior to joining Companion Healthcare.

Dr. Foster has recently served on the S.C. Hospital Association Board of Trustees and as Chairman of the S.C. Senior Medical Leadership Council. Dr. Foster also serves on the Board of Directors for the Trident United Way and Hospice of Charleston, on the Board of Visitors for Charleston Southern University, and the Board of Trustees for the Charleston Collegiate School.

Dr. Foster is married to Lesa Hart Foster and has four children between the ages of 11 and 25, and two grandsons. He is an Elder in the Presbyterian Church and a member of the Charleston Men's Chorus.

Program Director/Principal Investigator (Last, First, Middle):

## BIOGRAPHICAL SKETCH
Provide the following information for the key personnel and other significant contributors in the order listed on Form Page 2.
Follow this format for each person. **DO NOT EXCEED FOUR PAGES.**

| NAME | POSITION TITLE |
|---|---|
| Richard P. Foster, Jr. MD | Senior Vice-President for Quality and Patient Safety |
| eRA COMMONS USER NAME (credential, e.g., agency login) | South Carolina Hospital Association |

EDUCATION/TRAINING  *(Begin with baccalaureate or other initial professional education, such as nursing, and include postdoctoral training.)*

| INSTITUTION AND LOCATION | DEGREE (if applicable) | YEAR(s) | FIELD OF STUDY |
|---|---|---|---|
| Clemson University, Clemson, SC | BS | 1976 | Pre-Medicine |
| Medical University of South Carolina, Charleston, SC | MD | 1980 | Medicine |
| Self Regional Healthcare System, Greenwood, SC |  | 1983 | Residency, Family Medicine |

Please refer to the application instructions in order to complete sections A, B, and C of the Biographical Sketch.

Training and Employment:

1980-1983 Family Medicine Residency, Self Regional Healthcare, Greenwood, SC

1983-1985 Staff Physician, MedCentral, Surfside Beach, SC

1985-1986 Medical Director, Humana MedFirst, 14 urgent care facilities in SC and Georgia

1986-1989 Medical Director, Companion Healthcare Family Medicine, Goose Creek and James Island, SC

1988-1994 Medical Director, Companion Healthcare HMO, Blue Cross Blue Shield SC

1994-1998 CEO, Carolina Health Group, subsidiary of HCA, Carolinas Division

1998-2006 Chief Medical Officer, Trident Health System, Charleston, SC

2007-    Senior VP, Quality and Patient Safety, SC Hospital Association, Columbia, SC

2007-    Senior Medical Advisor, LifePoint, Charleston, SC


Honors and Recognitions:

1983- AAFP Family Medicine Resident of the Year, Self Regional Family Medicine Residency Program

1993- First HMO to receive full NCQA accreditation, also recognized for Great Expectations maternity case management and chronic disease management program

Program Director/Principal Investigator (Last, First, Middle):

2005- Charles Fitts Award from LifePoint, Organ Procurement Agency for SC

Other Positions and Achievements:

2005-2010  Board of Directors, Trident United Way, Charleston, SC

2006-2008  Board of Directors, Hospice of Charleston, Charleston, SC

2005-2007  Board of Directors, SC Hospital Association, Columbia, SC

2005-2007  American Hospital Association Regional Policy Board

2009-      Board of Directors, American Heart Association, Mid-Atlantic Affiliate, Richmond, Va.

2009-      Member, SC Multiple Sclerosis Study Committee

2009-      Member, SC Stroke Study Committee

2008, 2009  Faculty, Institute for Healthcare Improvement National Forum

Grant Awards:

2007, 2010  Quality and Patient Safety Grant, The Duke Endowment- approved for two 3 year grant periods

UNOS DP 484
LAWRENCE



South Carolina Department of Labor, Licensing and Regulation
Board of Medical Examiners

CERTIFIES THAT
DR. RICHARD PLATO FOSTER JR
IS AUTHORIZED TO PRACTICE
Medical Physician

LICENSE NO.                    EXPIRATION DATE: 06/30/2013
MMD.10435 MD

To verify current license status, go to http://verify.llronline.com/LicLookup/LookupMain.aspx

UNOS DP 485
LAWRENCE

## South Carolina Board of Medical Examiners
## Website Verification

SC Hospital Assoc.
1000 Center Point Road
Columbia, SC 29210

**Name:** RICHARD PLATO FOSTER JR   **Profession:** MD   **Office Phone:** 803-796-3080
**Basis:** NB 81   **School:** SC   **Graduation:** 01/01/1980
**License No:** 10435   **Date Issued:** 07/27/1981   **Expiration:** 06/30/2013
**Specialty:** AD FP EM

**Primary Source Verification of Graduation Certified**

**Hospital Affiliation (s):** None

**Credential Status:** Active
No disciplinary action taken by the Board. This certifies that the above licensee is in good standing.

**License History:**
Temporary License Number: 0T0530

Verification disclaimer

https://verify.llronline.com/LicLookup/Med/Med2.aspx?LicNum=10435&cdi=350

UNOS DP 486
8/1/2011
LAWRENCE

# TIMOTHY PATRICK MATTHEW WHELAN
Associate Professor of Medicine
Pulmonary, Allergy, Critical Care, & Sleep Medicine
Medical University of South Carolina
96 Jonathan Lucas Street – SCB 812
MSC 630
Charleston, SC 29425
Phone: (843) 792-3712
E-mail: whelant@musc.edu

## EDUCATION
| | |
|---|---|
| 2002 - 2003 | **University of Washington** Seattle WA. |
| | School of Public Health: Selected Statistics courses |
| 2001 - 2003 | **University of Washington** Seattle, WA. |
| | Clinical Research Fellow: Lung Transplantation |
| 2000 - 2001 | **University of Washington** Seattle, WA. |
| | Clinical Pulmonary and Critical Care Medicine Fellow |
| 1995 - 1998 | **University of Colorado Health Sciences Center** Denver, CO. |
| | Resident in Internal Medicine |
| 1991-1995 | **State University of New York at Buffalo.** Buffalo, NY |
| | Medical Degree |
| 1987-1991 | **Lafayette College** Easton, PA |
| | Bachelor of Arts in English and Biology |

## ACADEMIC APPOINTMENTS:
| | |
|---|---|
| 3/2010 - Present | **Associate Professor of Medicine** |
| | Medical University of South Carolina |
| | Division of Pulmonary, Allergy, Critical Care, & Sleep Medicine |
| 3/2010 - Present | **Medical Director of Lung Transplantation** |
| | Medical University of South Carolina |
| | Division of Pulmonary, Allergy, Critical Care, & Sleep Medicine |
| 7/2009 - 2/2010 | **Associate Professor of Medicine** |
| | University of Minnesota |
| | Division of Pulmonary, Allergy, Critical Care, & Sleep Medicine |
| 2003 - 2009 | **Assistant Professor of Medicine** |
| | University of Minnesota |
| | Division of Pulmonary, Allergy, Critical Care, & Sleep Medicine |
| 2004 – 3/2010 | **Director, Interstitial Lung Disease Program** |
| | University of Minnesota |
| | Division of Pulmonary, Allergy, Critical Care, & Sleep Medicine |

## CLINICAL APPOINTMENTS
| | |
|---|---|
| 3/2010 - Present | Medical University of South Carolina |
| 2003 - 2010 | University of Minnesota Medical Center - Fairview |
| 2009 - 2010 | Fairview Southdale Hospital |
| 1998 - 2000 | **Internal Medicine, Pulmonary, and Critical Care Associates** |
| | St. Anthony's Central Hospital Denver, CO. |
| | Attending Physician: Inpatient intensivist and Internal Medicine |

## HONORS AND AWARDS:
| | |
|---|---|
| 2007 | University of Minnesota Medical Center Clinical Excellence Award |
| 2007 | Top 10 Best Abstract for original research: American Society of Transplant Surgeons Winter Symposium |
| 1995 | Doctor of Medicine Magna cum Laude: State University of New York at Buffalo |

1

1991   Bachelor of Arts cum Laude: Lafayette College

UNOS DP 488
LAWRENCE

**AMERICAN BOARD OF INTERNAL MEDICINE CERTIFICATION:**
- 2003    Certified Critical Care Medicine
- 2002    Certified Pulmonary Medicine
- 1998    Certified Internal Medicine

**MEMBERSHIPS:**
- 2005 - Present    Fellow - American College of Chest Physicians
- 2003 - Present    Minnesota Medical Association
- 2002 - Present    American Thoracic Society
- 2001 - Present    International Society for Heart and Lung Transplantation

3

UNOS DP 489
LAWRENCE

**PEER REVIEWED PUBLICATIONS:**
**ORIGINAL RESEARCH**

Whitson BA, Prekker ME, Herrington CS, **Whelan TP,** Radosevich DM, Hertz MI, Dahlberg PS. Primary graft dysfunction and long-term pulmonary function after lung transplantation. *J Heart Lung Transplant.*, 2007; 26(10):1004-1011. *Role: Assisted with study concept and design, assisted with data analysis, contributed to initial manuscript and its subsequent revisions.*

Kempainen RR, Savik K, **Whelan TP**, *et al.* High prevalence of proximal and distal gastroesophageal reflux disease in advanced COPD. *Chest.* 2007; 131:1666-1671. *Role: Provided significant contributions to initial and subsequent manuscript revisions.*

**Whelan TPM**, Dunitz JM, Kelly RF, Edwards LB, Herrington CS, Hertz MI, Dahlberg PS. Effect of preoperative pulmonary artery pressure on early survival after lung transplantation for idiopathic pulmonary fibrosis. *J Heart Lung Transplant.* 2005; 24(9):1269-74. *Role: Developed study concept and design, conducted literature search, guided data analysis, authored initial and revised manuscripts. Guarantor of integrity of entire work.*

Barr ML, Kawut SM, **Whelan TP**, Girgis R, Böttcher H, Sonett J, Wickii V, Follette DM, Corris PA. Report of the International Society for Heart and Lung Transplantation Working Group on Primary Lung Graft Dysfunction: IV. Recipient-related risk factors and markers. *J Heart Lung Transplant.* 2005; 24(10):1468-82. *Role: Contributed to concept and design, conducted literature search, authored initial and subsequent revisions of the section related to pulmonary hypertension. Also contributed to the revisions of the entire document.*

de Bruyn G, **Whelan TP**, Michael S. Mulligan MS, Ganesh Raghu G, Ajit P. Limaye Invasive pneumococcal infections in adult lung transplant recipients. *Am J Transplant.* 2004; 4(8):1366-71. *Role: Contributed to study concept and design, abstracted data, conducted literature search, and contributed to manuscript revisions.*

*ELECTRONIC PUBLICATIONS*
Mager C, Susanto D, Whelan T, Baltzell. <u>Radiology of Lung Transplantation.</u> Web based teaching resource - 2007. https://umconnect.umn.edu/p93147273/ *Collaboration with Dr. Jim Baltzell (Radiology) to provide web-based teaching for radiology residents and pulmonary fellows depicting typical radiologic presentations of common advanced lung disease and lung transplant recipient findings. Role: Helped develop concept and content. Provided major content revision to initial and subsequent versions of presentation.*

**REVIEWS (PEER REVIEWED)**
Whelan, TPM. Lung transplantation: a therapy for interstitial lung disease? *Current Opinion in Organ Transplantation.* 11(5): 502-507, 2006. *Role: Developed concept and design, conducted literature search, and authored initial document and revisions. Guarantor of integrity of entire work.*

**Whelan TPM**, Hertz MI. Pulmonary allograft rejection in lung transplantation. *Clin Chest Med.* 2005; 26(4):599-612. *Role: Developed concept and design, conducted literature search, authored initial manuscript and its subsequent revisions. Guarantor of integrity of entire work.*

Alalawi R, **Whelan T**, Bajwa R, Hodges T. Lung transplantation and interstitial lung disease. *Curr Opin Pulm Med* 2005; 11:461-466. *Role: Guided development of initial manuscript and provided a large contribution to its revision.*

4

*JOURNAL REVIEWS AND INVITED MANUSCRIPTS:*
**Whelan, TPM**. Article Summary: Idiopathic interstitial pneumonia CT features. Concise review of findings published by Lynch, *et al.* http://www.pilotforipf.org/rrdecember06.php Original article in *Radiology* 2005;236:10-21. *Role: Developed design, conducted literature search, and authored manuscript and its revisions.*

Ahya V, Bhorade S, Chalermskulrat W, Faul J, Golden J, Hodges T, Torres F, , Valentine V Steele M, Van Burik J, **Whelan T**. Community respiratory viral infections in the lung transplant recipient. *The American Journal of Pulmonary Review.* 2003; 1(1).

**Whelan TPM**. Noninvasive ventilation for acute respiratory failure. *Fellow Reporter* 2002; 7(5).

## *Manuscripts in Preparation:*
**Whelan TPM**, Ramchandani L, Kempainen R, Kim H. Improved 6MWD in patients with idiopathic pulmonary fibrosis after participation in pulmonary rehabilitation. *Role: Developed study concept and design, conducted literature search, assisted with data abstraction, guided and performed data analysis, authored initial and revised manuscripts. Guarantor of integrity of entire work.*

**Whelan TPM**, Ramchandani L, Abdelnour T, Tighe A, Cassivi S, Herrington C. Effect of a donor management strategy on lung procurement rates in a single OPO. *Role: Developed study concept and design, conducted literature search, assisted with data abstraction, guided and performed data analysis, partnered authorship of initial and revised manuscripts. Guarantor of integrity of entire work.*

ACCP Consensus statement on the toxicities/adverse effects of immunosuppressive agents in lung transplantation and diffuse parenchymal lung diseases. Planned publication unclear date; target journal Chest. *Role: Conducted literature search, authored initial and revised manuscript of sirolimus section, significant contribution to manuscript revision on cyclophosphomide section, contribution to revision of entire document.*

## **Abstracts/Oral Presentations:**
2002:   **Whelan TPM**, Raghu G, Mulligan MS. University of Washington Lung Transplantation: A 10-Year Experience. Abstract presentation. University of Washington Cardiothoracic Surgery, Visiting Professor's Rounds

2003:   **Whelan TPM**, Mulligan MS, Raghu G. Pulmonary Hypertension Does Not Adversely Affect Short-term Survival in Lung Transplant Recipients. American Thoracic Society Annual Meeting

   **Whelan TPM**, Raghu G. Prevalence of Secondary Pulmonary Hypertension in IPF Patients Listed for Lung Transplantation. American Thoracic Society Annual Meeting

2004:   **Whelan TPM**, Edwards LB, Hertz MI, Dahlberg PS. Impact of Pulmonary Artery Pressure on Survival Following Lung Transplantation for Idiopathic Pulmonary Fibrosis (oral presentation). International society for Heart and Lung Transplantation Annual Meeting

2007:   **Whelan TPM**, Abdelnour T, Tighe A, Cassivi S, Herrington C. Effective Lung Donor Management Outcomes of the Minnesota Lung Summit (oral presentation). American Society of Transplant Surgeons Winter Symposium

   Kim HJ, **Whelan TPM**. Effect of MMF on Pulmonary Function in a Cohort of Scleroderma Lung Disease (oral presentation). American Thoracic Society Annual Meeting

5

    **Whelan TPM**, Ramchandani L, Kim HJ.  Effect of Pulmonary Rehabilitation on Six
    Minute Walk Test in a Well Defined Cohort of Idiopathic Pulmonary Fibrosis (oral
    presentation).  American Thoracic Society Annual Meeting


**Abstracts/Oral Presentations (continued):**
  2008: K.K. Brown, MD, K. Flaherty, MD, C. Daniels, MD, W. Wuyts, MD, J. Loyd, MD, G. Raghu, MD, I. Noth, MD, **T. Whelan, MD** and J. Streisand, MD.  Safety and Tolerability of GC1008, a Human Monoclonal Antibody Against TGFβ, in Patients with Idiopathic Pulmonary Fibrosis (Oral Presentation).  American Thoracic Society Annual Meeting

**PEER REVIEWER:**
  *Journals*
  *American Journal of Transplant* 2003 - present
  *American Journal of Respiratory and Critical Care Medicine*   2003 - present
  *The Journal of Heart and Lung Transplantation* 2003 - present
  *The American Journal of Medicine* 2003 - present
  *Transplantation* 2003 - present
  **National Meeting**
  American College of Chest Physicians: Annual Meeting Abstract 2005 – present
  *Other*
  *American Board of Internal Medicine: Critical Care* Question Reviewer 2003 - present


**RESEARCH:**
**INVESTIGATOR INITIATED**
  2004 - 2005 Effect of Sirolimus on Renal and Pulmonary Function After Lung and Heart Lung Transplantation
  2005 - 2007 Long-Term Pulmonary Function Following Lung Transplantation: The Effect of Primary Graft Dysfunction on Clinical Outcome
  2006 - Present Effect of pulmonary rehabilitation in patients with idiopathic pulmonary fibrosis at the University of Minnesota


**Principal Investigator:**
  2008 - 2010 Centocor CNTO-888: A Phase 2, Multicenter, Multinational, Randomized, Double-blind, Placebo-controlled, Parallel-group, Dose-ranging study Evaluating the Efficacy and Safety of CNTO888 Administered Intravenously in Subjects with Idiopathic Pulmonary Fibrosis
  2008 - 2010 InterMune Protocol PIPF – 012: Open Label Pirfenidone in Patients with Idiopathic Pulmonary Fibrosis
  2009-2010 Actelion BUILD 3 Open Label Protocol: Open label continuation protocol in patients with Idiopathic Pulmonary Fibrosis who participated in the placebo control randomized BUILD 3 protocol
  2006 - 2010 Actelion BUILD 3: Effects of bosentan on morbidity and mortality in patients with Idiopathic Pulmonary Fibrosis- a multicenter, double-blind, randomized, placebo-controlled, parallel group, event driven phase III study.
  2006 - 2008 InterMune Protocol #PIPF—004: A Randomized, Double-Blind, Placebo-Controlled, Phase 3, Three-Arm Study of the Safety and Efficacy of Pirfenidone in Patients with Idiopathic Pulmonary Fibrosis
  2006 - 2008 Genzyme Phase I study of the safety of GC-1008 in patients with idiopathic pulmonary fibrosis: An open label investigation of a humanized antibody to TGF-beta.
  2004 - 2007 InterMune Protocol #GIPF—007: A randomized, double-blind, placebo-controlled multinational, Phase 3 study of the safety and efficacy of 200mg subcutaneous Interferon gamma—1b in patients with Idiopathic Pulmonary Fibrosis

UNOS DP 492
LAWRENCE

**Co-investigator:**
    2005 - 2007    A Phase III, Randomized, Double-Blind Comparison of Oral Valganciclovir and Placebo for Prevention of CMV Infection After Lung Transplantation.
    2006 - Present    In collaboration with Cynthia Herrington, MD (Thoracic Surgery) Donor Management: Donor factors impacting on lung transplant recipient outcome Donor Management: Factors impacting on successful lung procurement Current investigation into factors predisposing patients to development of primary graft dysfunction post transplant.

## COMMITTEES AND INVITED PROJECT ACTIVITIES:
**NATIONAL**
    2009 - Present    Alpha one Antitrypsin Foundation: Alpha-1 Transplant Issues Working Group
    2008 - Present    Interstitial and Diffuse Lung Disease Network Steering Committee
    2008 - Present    American Thoracic Society: Development Committee for "Management of the Lung Transplant Recipient: A Comprehensive Evidence-Based Guideline"
    2008 - Present    American College of Chest Physicians: Management of the Organ Donor Task Force.
    2006 - Present:    American College of Chest Physicians: Development of a "Guide to use of imunosuppressive agents"
    2006-2007    Faculty Member Disease Management Workshop for Pulmonary Fibrosis Identification: Lessons for Optimizing Treatment (PILOT) – National CME program supported through The France Foundation.
    2007 - 2208    United Network for Organ Sharing: Lung Allocation Score Review Committee - Alternate member for University of Minnesota

**REGIONAL**
    2008 - 2010    Lifesource Critical Care Committee: Education initiative targeting community physicians in the management of the potential organ donor.
    2006-2010    Lung Summit: A collaborative committee with the goal of increasing donor lung procurement. Members: Lifesource, Mayo Clinic, and the University of Minnesota

## TEACHING:
*Medical Students*
1. Instructor in Human Biology 541: The Respiratory System, University of Washington School of Medicine: Fall 2001. Co-led with a division faculty member 10 case-based conferences for 20 2nd year medical students.
2. Pulmonary student seminars, University of Washington: Pulmonary Embolism, Introduction to PFTs, Introduction to Lung Transplantation. 2003.
3. Student seminars University of Minnesota: Lung transplant, ILD 2003 - 2010.
4. U of M 2nd year Medical School physiology (INMD 6201): Small group sessions in pulmonary physiology 2003 - 2010.

*Residents and Pulmonary Fellows*
1. Lung Transplantation: Outcomes and Current Interventions to Improve Them. University of Washington Chest Conference: February 2002.
2. University of Washington Internship Orientation: Central Line Placement. June 2002.
3. University of Washington Pulmonary Fellows Orientation: Lung Transplantation. 2002-3
4. Coordinator of quarterly Clinical, Radiologic, and Pathologic Chest Conference: Collaborative case conference with Dr. Jim Baltzell (Radiology), Dr. Jose Jessurun (Pathology). 2005 – 2007.
5. Interstitial Lung Disease Clinic – subspecialty rotation for senior pulmonary fellows. 2006 - Present
6. Coordinator of Thoracic radiology conference for diffuse parenchymal lung diseases. A collaborative program with Dr. Tadashi Allen (Assistant Professor of Radiology) where interstitial lung disease program pulmonologists and fellows review the week's chest imaging studies and discuss patient related issues. 2008 - 2010

7

*Allied Health Professionals*
1. University of Washington P-Bio 508 (Medical Physiology): Guest lecturer for Biomedical Engineers: Introduction to PFTs, Cardiopulmonary Exercise Tests and Bronchoscopy. March 2002 and 2003.
2. Donor Management Strategies: Education sessions for Lifesource (OPO) coordinators on varied critical care topics.  2003 – Present.
3. Lecuture:  Systemic Inflammatory Response Syndrome and Multiple Organ Dysfunction Syndrome.  ICU Nursing Update, St. Anthony's Central Hospital: December 1998.
4. Lecuture: Diabetic Ketoacidosis: ICU Management.  ICU Nursing Update, St. Anthony's Central Hospital: December 1999.
5. Lecture "Lung Transplantation: Early Post-Operative Complications and Long Term Outcomes.  University of Washington ICU nursing staff": January 2001.
6. Lecture "Donor Lung Evaluation and Management."  Life Center Northwest February 2003.
7. Lecture "Acute Respiratory Distress Syndrome. " Western Washington Critical Care Nursing Conference May 2003.

*Post Graduate Continuing Medical Education*
1. Lecture "ILD Effects On Surface Tension and Tissue Forces."  Advanced Pulmonary Mechanics (PHSL 5520): May 16th, 2006.
2. Lecutre "Dypsnea, Is it IPF?"  Internal Medicine Review and Update. Penn State University September 2005.
3. Lecture "Update on Interstitial Lung Diseases."  Medical Grand Rounds North Memorial Medical Center.  June 13th, 2006.
4. Lecture "Dyspnea: Is it IPF?"  Department of Medicine Grand Rounds: University of Minnesota.  January 22, 2004.
5. Lecture "Dypsnea."  Internal Medicine Review and Update.  Sponsored by University of Minnesota Department of Medicine.  October 2004.
6. Lecture "Ventilator Management."  Internal Medicine Review and Update.  Sponsored by University of Minnesota Department of Medicine. October 2004.
7. Lecture "Diagnosis and Recognition of IPF" Smiley's Clinic Grand Rounds. November 2004.
8. Lecture "Clinical presentation of IPF and ILD" Radiology Grand Rounds, University of Minnesota February 2005.
9. Lecture "Idiopathic Pulmonary Fibrosis" Pathology Grand Rounds, University of Minnesota March 30, 2005.
10. Lecture "Diffuse Parenchymal Lung Diseases – Are We Making Progress?"  Hennepin County Medical Center Internal Medicine Grand Rounds:  October 2006
11. Lecture "What is Interstitial Lung Disease and Why Does it Make People So Short of Breath?" Palliative Care Ground Rounds at U of M December 12, 2006.
12. Lecture "IPF: Are We Making Progress?"  University of Minnesota Department of Medicine Research Conference. Feb 18, 2008.
13. Lecture "Effective Management of the Potential Lung Donor" Medical University of South Carolina.  February 2009
14. Lecture "Effective Management of the Potential Lung Donor" University of Southern California.  April 2009
15. Lecture "Collaboration Above and Below the Diaphragm" Region 7 Collaborative Learning Session; Chicago, IL.  April 30, 2009
16. Lecture "Can Old Lungs Still Go the Distance?"  Region 7 Collaborative Learning Session; Chicago, IL.  April 30, 2009

*Patients and Families*
1. *Program coordinator for University of Minnesota Interstitial Lung Disease Patient Education day 2005, 2006, and 2007*
2. *Lecture* "Update On Therapy: ILD."  Pulmonary Fibrosis and ILD Education Day University of Minnesota.  April 30, 2005.
3. Lecture "Current Research and Clinical Trials for Pulmonary Fibrosis." Pulmonary Fibrosis and ILD Education Day University of Minnesota.  June 3rd, 2006.

8

4. Lectures "When is the Right Time for Lung Transplantation in Interstitial Lung Diseases?" and "Treatment Options for Idiopathic Pulmonary Fibrosis" University of Minnesota Pulmonary Fibrosis and Scleroderma Education Day October 2007.

9

UNOS DP 495
LAWRENCE

**PRESENTATIONS AT ACADEMIC MEETINGS**
1. <u>Lung Transplantation: Review of Outcomes and Indications for Referral.</u>   Washington Thoracic Society Meeting: Leavenworth, WA: January 2001.
2. <u>Clinical Cases in Lung Transplantation</u>: American Society of Transplantation Winter Conference.  Banff CA March 2005.
3. <u>Death With a Functioning Graft: Lung Transplantation</u>.  American Society of Transplantation Winter Conference.  Banff CA March 2005.
4. <u>Idiopathic Pulmonary Fibrosis: Current Therapies:</u> American Thoracic Society Sunrise Seminar May 2007
5. <u>Medical Critical Care Concerns of the Thoracic Transplant Patient:</u> American College of Chest Physicians Annual Meeting  October 2007
6. <u>Establishing Joint Accountability in Program Management.</u> UNOS Region 7 Collaborative Forum and Business Meeting.  November 2007
7. <u>Non-pharmacologic Treatment of Idiopathic Pulmonary Fibrosis: Exercise, Oxygen, and Pulmonary Rehabilitation.</u>  American Thoracic Society Annual Meeting May 2008
8. Immunosuppression Guidelines: American College of Chest Physicians Annual Meeting November 2009
9. Do you see what I see?  Using chest radiographs and CT imaging to guide lung donor management.  NATCO Winter Symposium January 2010.

**MENTORSHIP:**
Hilary Goldberg MD:
    Lung Transplant Fellow University of Minnesota 2004-5.
    Current position: Instructor Harvard Medical School Brigham and Women's, Boston MA

Lipi Ramchandani MBBS:
    Masters in Clinical Research Candidate University of Minnesota School of Public Health.  2006 – 2008.
    Current Position: Resident in Family Practice University of Minnesota

Libby Kluka, MD:
    University of Minnesota Internal Medicine Resident

10

State of South Carolina
Department of Labor, Licensing and Regulation
**Board of Medical Examiners**

**TIMOTHY PATRICK MATTHEW WHELAN, MD**

Is Authorized to Practice as a
Medical Physician

License Number: MD 32438
Expires: 06/30/2013

UNOS DP 497
LAWRENCE

## South Carolina Board of Medical Examiners
## Website Verification

Medical University of South Carolina
96 Jonathan Lucas St, CSB, Suite 812, MSC 630
Charleston, SC 29425

**Name:** TIMOTHY PATRICK MATTHEW WHELAN  **Profession:** MD  **Office Phone:**
**Basis:** US 1996  **School:** NYU  **Graduation:** 06/01/1995
**License No:** 32438  **Date Issued:** 06/02/2010  **Expiration:** 06/30/2011
**Specialty:** PUD* CCM* IM*

### Primary Source Verification of Graduation Certified

**Hospital Affiliation (s):** None

**Credential Status:** Active
No disciplinary action taken by the Board. This certifies that the above licensee is in good standing.

**License History:**
No other licenses on record.

Verification disclaimer

https://verify.llronline.com/LicLookup/Med/Med2.aspx?LicNum=32438&cdi=350

UNOS DP 498
6/11/2010
LAWRENCE