# EXHIBIT B

Department of Health and Human Services

Health Resources and Services Administration

OMB No. 0915-0184

Expiration Date: 08/31/2023

# OPTN Membership Application for Organ Procurement Organizations (OPOs)

**CERTIFICATION**

The undersigned, a duly authorized representative of the applicant, does hereby certify that the answers and attachments to this application are true, correct and complete, to the best of his or her knowledge after investigation. I understand that the intentional submission of false data to the OPTN may result in action by the Secretary of the Department of Health and Human Services, and/or civil or criminal penalties. By submitting this application to the OPTN, the applicant agrees: (i) to be bound by OPTN Obligations, including amendments thereto, if the applicant is granted membership and (ii) to be bound by the terms, thereof, including amendments thereto, in all matters relating to consideration of the application without regard to whether or not the applicant is granted membership.

If you have any questions, please call the UNOS Membership Team at 833-577-9469 or email MembershipRequests@unos.org.

**OPTN Representative**

| Lorraine Kemp | *Lorraine Kemp* | ksf |
|---|---|---|
| **Printed Name** | | **Email Address** |

**Chief Executive Officer**

| Dave DeStefano | | destefanod@sharinghopesc.org |
|---|---|---|
| **Printed Name** | | **Email Address** |

**Administrative Director**

| Dave DeStefano | | destefanod@sharinghopesc.org |
|---|---|---|
| **Printed Name** | | **Email Address** |

**Medical Director**

| Jacqueline Honig, M.D. | | honigj@sharinghopesc.org |
|---|---|---|
| **Printed Name** | | **Email Address** |

OPO-1

Department of Health and Human Services    OMB No. 0915-0184

Health Resources and Services Administration    Expiration Date: 08/31/2023

## Part 1: General Information

**Name of OPO:** We Are Sharing Hope SC

**CMS Provider #:** 42-P001

**OPTN Member Code:** SCOP

**Office Address**

**Street:** 3950 Faber Place Drive    **Ste:** 400    **Phone #:** 843-763-7755

**City:** Charleston    **ST:** SC    **Zip:** 29405    **Fax #:** 843-763-6393

**OPO Website Address:** sharinghopesc.org

**Mailing Address (if different from Physical Address)**

**Street/P.O. Box:** _____

**City:** _____ **ST:** _____ **Zip:** _____

**Name of Person Completing Form:** Lorraine Kemp, RN    **Title:** Director Quality Systems

**Email Address of Person Completing Form:** kempl@sharinghopesc.org

*Is the OPO part of a hospital or independent? Check one*

☐ Part of a Hospital

☒ Independent

OPO-2

UNOS DP 508
LAWRENCE

Department of Health and Human Services                                         OMB No. 0915-0184

Health Resources and Services Administration                                   Expiration Date: 08/31/2023

# Part 4: Personnel

Each OPO must have personnel who are qualified to effectively recover organs from all donors in its DSA. Each OPO must have the necessary staff to recover and distribute organs according to OPTN obligations, including an administrative director, a medical director, an organ donation coordinator, and an organ procurement specialist.

> **Attach an organizational chart for the OPO staff and for all Boards.**

## OPO Administrative Director

Each OPO must identify an individual that serves as the administrative director. The administrative director, together with other OPO staff, is responsible for effective organ recovery and placement according to OPTN obligations.

> **Name of Administrative Director:** Dave DeStefano, CEO _____

> *Include this individual's resume/CV with the application.*

## Medical Director

The OPO medical director must be a physician licensed in at least one of the states within the OPO's DSA. The medical director is responsible for the medical and clinical activities of the OPO.

> **Name of Medical Director:** Jacqueline Honig, M.D. _____

> *Include this individual's resume/CV with the application.*
> *Provide a copy of state license.*

## Board of Directors

Each OPO must have a board of directors or an advisory board with members selected according to the Code of Federal Regulations. The board of directors or advisory board has the authority to recommend policies that guide the donation, procurement, and equitable distribution of organs.

> *Provide a list of the organization's Board of Directors or Advisory Board with the application.*

# JACQUELINE R. HONIG, M.D
6428 Wiscasset Rd
Bethesda, MD 20816
CELL: 301-922-8431
honigj@sharinghopesc.org

**CURRENT POSITION:** Director, Cardiothoracic Intensive Care Unit
George Washington University Medical Center
Assistant Professor of Anesthesiology and
Critical Care Medicine, 2007-

Associate Medical Director, Washington Regional Transplant
Community, 2009-

Planning member, Accreditation Council for Continuing
Medical Education (ACCME)
Washington Regional Transplant Community
2016-

**PREVIOUS POSITIONS:** Chairman, Department of Critical Care
Medicine, Washington Adventist Hospital
Takoma Park, Maryland 1999-2007

Attending Intensivist, Washington Adventist
Hospital, 1996-1999

Adjunct Professor of Anesthesia and Critical Care
George Washington University Medical Center
1995-1996

**PROFESSIONAL TRAINING:** Fellow in Critical Care Medicine
George Washington University Hospital
1994-1995

Resident in Anesthesiology
George Washington University Hospital
1991-1994

Intern in Pediatrics
Mt Sinai Hospital
1988-1989

**EDUCATION:** New York University School of Medicine, NY
Doctor of Medicine, 1984-1988

Barnard College, Columbia University, NY
BA in Biology and Psychology, 1980-1983

University of Michigan, Ann Arbor, 1978-1979

**MEDICAL LICENSURE:** District of Columbia

**CERTIFICATION:** Diplomate, National Board of Medical Examiners, 1989
American Board of Anesthesiology, 1995
Certification of Special Qualifications in Critical Care Medicine, 1997

**AFFILIATIONS:** Society of Critical Care Medicine
American Society of Anesthesia
American Society of Critical Care Anesthesiologists

**ACTIVITIES:** Chairman, Critical Care Medicine Committee, 2008-2016
Chairman, Cardiothoracic Surgery Steering Committee, 2009-
Co-Director, Extracorporeal Membrane Oxygenator Committee (ECMO), 2014-
Member of Hospital Quality Council, 2010-
Physician Champion of Organ Donation Committee, 2009-
Member of the Ethics Committee, 2009-
Member of the Organ and Tissue Advisory Committee, Washington Regional Transplant Community, 2011
Member of the Technical Expert Panel for Analysis of performance and national goals in the donation and transplantation community of practice, Health Resources Service Administration, 2015
Planning member, Accreditation Council for Continuing Medical Education (ACCME)
Washington Regional Transplant Community
2016-

**PUBLICATIONS:**

Messing,J., Agnihothri, R., Van Dusen, R., Najam, F., Dunne,J., Honig, J., Sarani, B. Prolonged Use of Extracorporeal Membrane Oxygenation as a Rescue Modality Following Traumatic Brain Injury.   ASAIO Journal, 2014.

Poster presentation, Society of Critical Care Medicine, Jan 2012
Intravascular heat exchange femoral catheters and deep vein thrombosis formation.
Honig, J, Vota, A, Chawla, L, Satalin, M, Jones, E, Seneff, M.

Korein, J., Sansaricq, C., Kalmijn, M., Honig, J., Lange, B.  Maple Syrup Urine Disease: Clinical, EEG and plasma amino acid correlations with a theoretical mechanism of neurotoxicity.   International Journal of Neuroscience, 79:21-45, 1994.

Hannallah, R., Honig, J., Maguire, E.  Parent's response to observing anesthesia induction in their children.  Abstract.  Presented as a poster discussion , Annual Meeting of the American Society of Anesthesiologists, 1991

Martinuik, F., Honig, J., Hirschhorn, R.  Further studies of the structure of human placental acid alpha- glycosidase.  Archives of Biochemistry and Biophysics, 231(2): 454-460, 1984.

Honig, J., Martinuik, F., D'Eustachio, P., Zamfirescu, C., Desnick, K., Hirschhorn, L., Hirschhorn, R.  Confirmation of the regional localization of the genes for human acid alpha glycosidase (GAA) and adenosine deaminase (ADA) by somatic cell hybridization.  Annals of Human Genetics, 48:49-56, 1984.

BLC 1575565

State of South Carolina
Department of Labor, Licensing, and Regulation
**Board of Medical Examiners**

JACQUELINE HONIG MD

Is Authorized to Practice as a
**Medical Physician**

License Number: MD85298
Expires: 06/30/2023



UNOS DP 513
LAWRENCE