MOTION FOR SUMMARY JUDGMENT ON BEHALF OF WE ARE SHARING HOPE SC, AND DARLA WELKER

# EXHIBIT E

Welker Dep, Dec. 14, 2020



Deposition of:
# Darla A. Welker

*December 14, 2020*

In the Matter of:

# Holliman, Michelle v. We Are Sharing Hope SC, et al

A. William Roberts, Jr & Assoc.
800-743-3376 | calendar-awr@veritext.com | www.veritext.com

2:21-cv-01242-BHH    Date Filed 03/21/23    Entry Number 120-5    Page 3 of 11
Darla A. Welker                            December 14, 2020
Holliman, Michelle v. We Are Sharing Hope SC, et al

Page 1

1    STATE OF SOUTH CAROLINA          COURT OF COMMON PLEAS
2    COUNTY OF CHARLESTON             9TH JUDICIAL CIRCUIT
3    MICHELLE CHA HOLLIMAN, individually and as personal
     representative of the Estate of Allen B. Holliman,
4
         Plaintiff,
5
         vs.              CASE NO. 2020-CP-10-2902
6
     WE ARE SHARING HOPE SC, MEDICAL UNIVERSITY OF SOUTH
7    CAROLINA, and UNITED NETWORK FOR ORGAN SHARING,
8        Defendants.
9
10   VIDEOCONFERENCE
     DEPOSITION OF:     DARLA A. WELKER
11
     DATE:              December 14, 2020
12
     TIME:              10:04 a.m.
13
     LOCATION:          Mount Pleasant, South Carolina
14
     TAKEN BY:          Counsel for the Plaintiff
15
     REPORTED BY:       MARIE H. BRUEGGER, RPR, CRR
16                      (Appearing Via VTC)
     _____
17
18
19
20
21
22
23
24
25

## Page 2

```
 1  APPEARANCES OF COUNSEL:
 2      ATTORNEYS FOR THE PLAINTIFF
          MICHELLE CHA HOLLIMAN, individually and
 3        as personal representative of the
          Estate of Allen B. Holliman:
 4
          WYCHE, PA
 5        BY:  LUCY DINKINS  (Via VTC)
          BY:  JOHN C. MOYLAN III  (Via VTC)
 6        807 Gervais Street, Suite 301
          Columbia, SC  29201
 7        (803)254-6542
          ldinkins@wyche.com
 8        jmoylan@wyche.com
 9
10      ATTORNEYS FOR THE DEFENDANT
          WE ARE SHARING HOPE SC:
11
          HOOD LAW FIRM
12        BY:  MOLLY H. CRAIG  (Via VTC)
          172 Meeting Street
13        Charleston, SC  29401
          (843)577-4435
14        molly.craig@hoodlaw.com
15
16      ATTORNEYS FOR THE DEFENDANT
          MEDICAL UNIVERSITY OF SOUTH CAROLINA:
17
          BUYCK & SANDERS, LLC
18        BY:  DARREN K. SANDERS  (Via VTC)
          305 Wingo Way
19        Mt. Pleasant, SC  29464
          (843)377-1400
20        dks@buyckfirm.com
21
22
23
24
25
```

## Page 3

```
 1  APPEARANCES CONTINUED:
 2      ATTORNEYS FOR THE DEFENDANT
          UNITED NETWORK FOR ORGAN SHARING:
 3
          HALL BOOTH SMITH, PC
 4        BY:  JACK G. GRESH  (Via VTC)
          BY:  LAUREN SPEARS GRESH  (Via VTC)
 5        111 Coleman Boulevard, Suite 301
          Mt. Pleasant, SC  29464
 6        (843)720-3460
          jgresh@hallboothsmith.com
 7        lgresh@hallboothsmith.com
 8  ALSO PRESENT:
 9        Christe All  (Via VTC)
```

## Page 4

```
                    I N D E X
                                     Page/Line
DARLA A. WELKER
    Examination by Ms. Dinkins          6   5
SIGNATURE OF DEPONENT                 177   1
CERTIFICATE OF REPORTER               176

         REQUESTED INFORMATION INDEX

         (No Information Requested)

                    E X H I B I T S
                                     Page/Line
PLAINTIFF'S
Exhibit 1   CAT ABO Verification Form   84  19
            [WASH 0229]
Exhibit 2   Serology and ABO Reporting  88  25
            [WASH 218]
Exhibit 3   ABO Reporting [WASH 322]    89   3
Exhibit 4   Transfusion/Infusion -      99  25
            Hemodilution Worksheet
            [WASH 94]
Exhibit 5   Case Notes [WASH 171-189]  104  20
Exhibit 6   Blood Bank Tests Data      110   3
            [WASH 216]
```

## Page 5

```
                                     Page/Line
Exhibit 7   Blood Bank Tests Data      110   6
            [WASH 217]
Exhibit 8   Call Notes [WASH 36-42]    116   9
Exhibit 9   Blood Product/Colloid      123   5
            Administration Summary
            [WASH 93]
Exhibit 10  Laboratory Results         136   5
            [WASH 300-307]
Exhibit 11  Transfusion/Infusion -     142   2
            Hemodilution Worksheet
            [WASH 96]
Exhibit 12  Photograph of Vial         144  14
            [MUSC RRFP 194]
Exhibit 13  DonorNet Documents [WASH 53, 150  23
            54, 58, 91, 93, 94, 248-258,
            262-265, MUSC_Subpoena
            90-100]
Exhibit 14  Organ Supply List          153   8
            [WASH 116-117]
Exhibit 15  Text Messages [WASH 372-388] 160  23
Exhibit 16  Email Chain ending in a    172   9
            12/4/18 Email to Stanton
            and DeStefano from Thomas
            [MUSC_Subpoena 14-15]
```

Page 18

1  Q  Would you say that you supervise the
2  process?
3  A  In somewhat of a manner, yes, yes.
4  Q  So can you just go into a little bit
5  more detail, please, about what it is on a
6  particular donor's case that you would be doing as
7  the AOC?
8  A  From when the donor starts, we ensure
9  that the appropriate person is on site to begin
10 the donor, that we are sending out specimens, that
11 we are -- as the case goes along, that we're --
12 it's kind of hard to put this into context that
13 you could understand, but we basically make sure
14 that the blood gets drawn, that it gets sent, that
15 when we start allocating, that the organs are
16 allocated in an appropriate manner.  When an OR --
17 when an organ can't be used for transplant and
18 exhausted all opportunities, we guide them to set
19 the OR.  We communicate with other staff that's
20 going to be involved in the OR and making sure
21 that they bring in the appropriate equipment to
22 the OR.  We just kind of make sure that everybody
23 is in the place that they're supposed to be at the
24 time.
25 Q  You mentioned about sending out

Page 19

1  specimens and making sure blood gets drawn and
2  gets sent.  Can you tell me where does -- where
3  all does blood get sent?
4  A  So we send serologies and NATs to VRL
5  in Norcross, Georgia.  We send HLA blood to MUSC.
6  Q  Is there anything else?
7  A  Huh-uh.
8  Q  What is the difference between those
9  types of specimens?
10 A  The serologies and NATs that are sent
11 to Atlanta, to Norcross, those reveal infectious
12 diseases as well as NATs, which is a higher level
13 of testing, and the blood type, all sent on the
14 same specimens.  The HLA is more of a genetic
15 determinant of if a particular organ from a
16 genetic component would match a recipient based on
17 their HLA typing, which is somewhat of a -- like
18 if you were to do a parental test, it's somewhat
19 on that level of a test.
20 Q  And MUSC does all of the HLA typing
21 for donors.  Is that right?
22 A  Yes.
23 Q  And do all donors get NATs testing?
24 A  Yes.
25 Q  And is that done by VRL?

Page 20

1  A  Yes.
2  Q  What percentage of your time is spent
3  in your role as manager of research versus
4  administrator on call?
5  A  I am typically on call one to two days
6  a week.  The rest of my time is spent in the
7  office as manager of research.  It's hard to say
8  week to week based on the schedule.
9  Q  Has that approximate division changed
10 over the last five years?
11 A  Yes.  We've -- yes, it has.
12 Q  Can you explain that change to me?
13 A  We just have more administrators on
14 call currently.
15 Q  So your time as administrator on call
16 has diminished in the past five years?
17 A  Yes.
18 Q  So five years ago, how much time,
19 approximately, were you spending as an AOC?
20 A  It was probably about the same, one to
21 two days a week.  That's -- the schedule varies.
22 It's never the same month to month.
23 Q  But then you said there are just more
24 people in that position now than there used to be?
25 A  Yes.

Page 21

1  Q  As an AOC, are you involved with
2  determining and reporting the blood type of organ
3  donors?
4  A  Yes.
5  Q  And can you describe your involvement
6  with that, please?
7  A  The blood type is, again, sent with
8  VRL -- to VRL for two samples that are drawn at
9  two different times, and we also run a hospital
10 ABO in the beginning.
11    So when we receive the two VRL
12 specimens, those are received by the clinical
13 allocation technician.  When those are received,
14 they would then report them to the on-site
15 clinician, and then they notify me as to the
16 results of those two samples that were drawn.  And
17 then I verify that it's the correct donor with the
18 correct UNOS ID, the correct birthdate, the
19 correct collection time for both of those, and
20 verify that those two ABOs match.
21 Q  And you also mentioned running a
22 hospital ABO?
23 A  Correct.
24 Q  Can you tell me a little bit about
25 that, please?

Page 22

1  A  Again, it's the same verification
2  process for the donor blood type. We verify that
3  it's the correct patient, correct date of birth,
4  and the date and time collected and what the --
5  what the blood result was, the ABO result was.
6  Q  Why do you run a hospital ABO in
7  addition to the test done by VRL?
8  A  Because in the beginning, if we have a
9  donor that has blood type A or AB, we can subtype
10 off of that sample, and it's used for subtyping.
11 Q  You're saying the hospital ABO is used
12 for subtyping?
13 A  It's not in of itself used as
14 subtyping. It's a guide to whether we can subtype
15 or use the subtype that VRL uses -- sends --
16 reports I guess is a better word.
17 Q  So is it used to verify the VRL
18 results? Is that what you're saying?
19 A  It's an indication, if we have an A or
20 an AB, that the two samples that we get that we
21 run at VRL can be subtyped as an A1 and A2 or an
22 A12 or an A1 or A2B.
23 Q  So the -- and I'm sorry if -- I'm not
24 nearly as familiar with all this as you are, so
25 I'm sorry if it seems like I'm asking silly

Page 23

1  questions.
2     So you're saying the hospital ABO is
3  used for subtyping blood types A and B. Is that
4  correct?
5  A  Can be, but not only for subtyping.
6  It can be used as a blood type, a reported blood
7  type, as well.
8  Q  So why do you get the hospital ABO in
9  addition to the VRL results?
10 A  Because, again, it just gives us an
11 indication if the patient is an A or an AB. And
12 it's always been a set of our standard orders to
13 obtain a hospital ABO.
14 Q  So you do that for every donor?
15 A  Yes, we do that for every donor.
16 Q  And is that one that WASH asks for the
17 hospital to perform?
18 A  Correct.
19 Q  Do you review medical records of
20 potential organ donors as part of your job?
21 A  Not routinely. That is the
22 responsibility of the on-site clinician.
23 Q  And who is the on-site clinician?
24 A  That would be Michael Lotts.
25 Q  Is he it for all donors?

Page 24

1  A  No. And there would have been -- at
2  different times when the case starts, there are
3  other clinicians on. Michael was on that
4  particular day.
5  Q  For the donor at issue in this case?
6  A  Yes, for the donor the day that the
7  blood type was typed as well as for the OR and the
8  recovery in the OR.
9  Q  So would it have been his role to
10 review the medical records of the donor at issue
11 in this case?
12 A  Yes.
13 Q  Are you responsible for approving the
14 blood type reported for donors that you're working
15 on?
16 A  Yes.
17 Q  And what do you do in order to approve
18 a blood type reported for a donor?
19 A  Again, I look at the two samples that
20 are drawn at VRL to compare those two, and if
21 they're the same blood type, then we would report
22 those and verify those two ABOs as the reported
23 case of what the -- that's the normal practice.
24 So those two blood types match, they have the --
25 it's the right donor, the right -- the right VRL

Page 25

1  form, requisition form drawn at two separate
2  times, both the same result. Those are reported
3  as the ABO.
4  Q  And so what happens if those VRL
5  results don't match?
6  A  We utilize the hospital ABO. So our
7  policy and practice is if we have an indeterminate
8  ABO from VRL, our policy states or allows for us
9  to use two different samples drawn at two
10 different times.
11    And we had the initial ABO, and I
12 don't remember the date and time, but I do recall
13 that it was -- and then Michael and I spoke about
14 ordering a second ABO when we got the
15 indeterminate results on this particular case, and
16 Michael -- while we were on the phone, Michael
17 reported that he'd found another blood type that
18 was drawn approximately 23 hours later, on a
19 different date, and the result was the same, so we
20 had two ABOs that were reported by the hospital as
21 being O. And if we had two samples that reported
22 at two different times, per UNOS policy and WASH
23 policy, we were allowed to use those two samples.
24 Q  And so you just were describing the
25 blood typing results for the donor at issue in

Page 30

1  massively transfused, we put in place a hard stop
2  on the case, and that cannot be released until the
3  medical director has reviewed all of the blood
4  types and releases that blood type as being
5  resulted as what they determine it to be with
6  their investigation.
7      Q   And when was that procedure put in
8  place?
9      A   Shortly after this event.
10     Q   And it was put in place because of
11 this event?
12     A   Yes.
13     Q   In November 2018, did the medical
14 directors get involved in a donor who had had
15 massive blood transfusions?
16     A   I don't recall the extent, but again,
17 that sample -- we had two samples drawn at two
18 different times that were -- resulted the same by
19 the hospital, and that was within WASH's policy as
20 well as UNOS's policy, so we -- no, I don't recall
21 that we did at that point just because we had two
22 resulted samples that were the same.
23     Q   So you're saying you don't recall that
24 the medical directors became involved in this
25 donor's case?

Page 31

1      A   Correct.
2          MS. CRAIG:  Object to the form of the
3  question.
4  BY MS. DINKINS:
5      Q   As a general matter, though, would the
6  medical directors in 2018 become involved in a
7  donor who had had massive blood transfusions?
8      A   I can't recall 100 percent.  I can't
9  recall.  That would be speculation.  I don't
10 recall.
11     Q   Who is your supervisor at WASH?
12     A   That is Dave DeStefano.
13     Q   Who was it in November 2018?
14     A   That was Jeff Thomas.
15     Q   What was Jeff Thomas's role?
16     A   He was the chief clinical officer.
17     Q   What is that?
18     A   He was over both tissue and organ
19 departments and --
20     Q   So what did he do?
21     A   Oversaw daily operations of both
22 departments.
23     Q   Is he still at WASH?
24     A   He is not.
25     Q   When did he leave?

Page 32

1      A   I believe it was the beginning of --
2  end of 2019/early 2020.
3      Q   Do you know why he left?
4      A   I do not.
5      Q   Does anyone at WASH report to you?
6      A   No.
7      Q   Did anyone at WASH report to you in
8  November 2018?
9      A   No.
10     Q   So did Janine Bumgarner report to you
11 for this donor's case?
12     A   Yes, in the capacity of an AOC, but
13 not as my direct employee.
14     Q   I understand.  Can you please describe
15 who reports to you in your capacity as an AOC?
16     A   So that is the clinical donation
17 coordinator, the clinical allocation technician,
18 and the CDS, which is the clinical donation
19 specialist.
20     Q   And can you describe how those people
21 report to you?
22     A   Again, the clinical person that's on
23 site just reviews the case with me in regards to
24 where they are in terms of like procedures that
25 they're doing, when we're allocating organs, where

Page 33

1  we are on a list.  We keep in contact with that to
2  ensure that we're following the list and that
3  we're placing organs in an appropriate time.
4          Once we have everything coordinated,
5  they report to me as to when we're going to
6  establish an OR, because -- mainly those types of
7  oversight processes.  The clinical allocation
8  technician, again, is the person who is allocating
9  the organs at home, the ABO, obviously, also again
10 when -- they're coordinating with the on-site
11 clinician as well, but I sort of oversee their
12 processes where they overlap in terms of
13 allocating the organs off the list and setting an
14 OR.
15         And then the clinical donation
16 specialist is the -- our folks who come in in the
17 OR and assist with the recovery and final
18 placement of the organs and are helping to arrange
19 transportation for the organ to reach its
20 destination.
21     Q   Has your interaction with the CDCs,
22 CATs, and CDSs changed since 2018?
23     A   My interaction, no, as far as what I'm
24 responsible for with my role, no.
25     Q   Did you undergo any type of training

Page 46

1  Text message?
2  A  We do it -- there's a two-step
3  verification.  The first verification is in our
4  medical record, and then the second verification
5  is in -- so that's done with the CAT and myself.
6  And then the second verification is done in
7  DonorNet.  Again, that's with the CATs.  The CAT
8  will go in and add the first ABO into DonorNet,
9  and then I would go behind them in DonorNet and
10  verify the ABO as well, and they have to be the
11  same ABO.
12  Q  For the first step between the CAT and
13  you, do you give that approval to the CAT in
14  writing?
15  A  It's documented in our electronic
16  medical record.
17  Q  What is that?  What does that
18  documentation look like?
19  A  It's a field in our electronic medical
20  record that verifies where the specimens were
21  drawn, if it was a hospital ABO, if it was a VRL
22  ABO, where it was drawn, and then we just are
23  verifying that we have two different samples drawn
24  at two different times that are the same result,
25  and we verify it as our name and our user log-in.

Page 47

1  Q  Is that a particular form?
2  A  It's electronic.
3  Q  I guess I'm not quite following.  What
4  do you mean by it's electronic?
5  A  It's part of a page in our electronic
6  medical record system that we -- that the CAT
7  would go in and put in the blood type and then
8  verify where the samples were drawn and then put
9  in her user name and her password to verify that
10  particular ABO.
11  Q  Is that called the CAT ABO
12  verification?
13  A  I was getting a call.  Let me turn my
14  phone off.  Can you still hear me?
15  Q  I can.
16  A  So that was the first -- that's the
17  first step in the verification process.  Second
18  step is to go into DonorNet and to go into the ABO
19  pending page and verify the ABO that the CAT
20  initially put in.  And those two have to match.
21  Q  And when you -- is there an electronic
22  record of that verification?
23  A  That would be in the DonorNet record.
24  Q  And is your name by the verification?
25  A  I can't see it once it's verified, but

Page 48

1  I'm assuming that it's kept in DonorNet somewhere
2  who did the verifications.
3  Q  Can you please describe what you do in
4  general to approve a donor's blood type?
5     MS. CRAIG:  Object to form,
6  "approved."
7     THE WITNESS:  So I'm supposed to
8  answer that one, correct?
9     MS. CRAIG:  Yes.  And, Darla, you're
10  supposed to answer all questions unless I
11  specifically instruct you not to answer it.
12     THE WITNESS:  Okay.
13     MS. CRAIG:  Thank you.
14     THE WITNESS:  In general practice,
15  again, we receive serologies which contain -- and
16  NATs which contain two different samples drawn for
17  blood typing.  They're drawn at two different
18  times.  So we verify that it's the same UNOS ID on
19  both of those samples, that they're drawn at two
20  different times, or collected at two different
21  times is actually how it's stated on the form, and
22  that it's the same requisition form, and that
23  those two ABOs match.
24  BY MS. DINKINS:
25  Q  And what did you do to approve this

Page 49

1  donor's blood type?
2     MS. CRAIG:  Object to form.
3     THE WITNESS:  Those two results came
4  back indeterminate.  And when those two came back
5  indeterminate, I first spoke with Janine, and then
6  I called Michael or Michael called me, I'm not
7  100 percent certain, and we discussed drawing
8  another blood type.  And Michael informed me that
9  he had a second ABO at the hospital that was drawn
10  approximately 24 hours out from the first ABO that
11  was drawn, and that they both resulted in an O.
12  So we had two samples that were drawn at two
13  different times that both resulted in an O, and so
14  we followed our Sharing Hope policy as well as
15  UNOS guidelines.
16  BY MS. DINKINS:
17  Q  Did Michael tell you that the donor
18  had received blood transfusions?
19  A  I don't recall.
20  Q  Did you ask him whether the donor had
21  received any transfusions?
22  A  I don't recall.
23  Q  Why did you think that the VRL results
24  came back indeterminate?
25  A  Sometimes samples are hemodiluted

Page 62

 1   THE WITNESS:  That's not my job
 2   to be --
 3       MS. CRAIG:  Darla, just one minute.
 4       Lucy, are you talking about a
 5   particular policy?  And if so, could you show her
 6   the policy that you're talking about?
 7       MS. DINKINS:  I'm talking about the
 8   OPTN policies as a whole.
 9       MS. CRAIG:  So could you show her the
10   actual policy that you're referring to?
11       MS. DINKINS:  I'm just asking whether
12   she was familiar with them in 2018.
13       THE WITNESS:  It is not my role to be
14   completely familiar with all the policies; that's
15   quality's role.  Our role is to have a general
16   overview of these specific policies that play into
17   our process as AOCs.
18       So at the time, I do know 100 percent
19   certain that two ABOs drawn at two different draw
20   times were -- was sufficient for OPTN policy as
21   well as We Are Sharing Hope policies.  We had two
22   ABOs drawn from the hospital at two different
23   times approximately 24 hours apart that resulted
24   in an O.
25   BY MS. DINKINS:

Page 63

 1   Q   Does WASH's written protocol today
 2   include a process for addressing conflicting or
 3   indeterminate blood type results?
 4   A   Yes.  We have instituted a hard stop
 5   where if the patient has received multiple
 6   transfusions, that we instituted the hard stop.
 7   The medical director is the one that releases the
 8   ABO for confirmation.  We have also instituted a
 9   preallocation huddle call before we begin
10   allocation that contains the medical director, the
11   AOC, the on-site clinician, as well as the CAT who
12   is going to be allocating to discuss the case.
13       We also now have a decision tree in
14   regards to those types of results as well as we
15   have a playbook that we've put in place that does
16   a step-by-step process.
17   Q   And what is your understanding for why
18   this procedure for dealing with indeterminate
19   blood type results is in place?
20       MS. CRAIG:  Object to form.
21       THE WITNESS:  Because of this
22   discrepancy.
23   BY MS. DINKINS:
24   Q   When you say "this discrepancy," what
25   do you mean?

Page 64

 1       MS. CRAIG:  Same objection.
 2       THE WITNESS:  This particular case,
 3   this ABO discrepancy.
 4   BY MS. DINKINS:
 5   Q   And so is it your understanding that
 6   these procedures were put in place so that a
 7   situation like what happened with this donor would
 8   not happen again?
 9   A   Do you mean to prevent a situation?
10   Yes.
11   Q   In 2018, did WASH have a written
12   protocol for addressing conflicting or
13   indeterminate blood type results?
14   A   No, just that we had to have two
15   different blood types from two different draw
16   times that resulted in the same blood type.
17   Q   And there was no written policy about
18   what to do if one of the blood type results came
19   back indeterminate.  Is that correct?
20   A   If one blood type -- if the blood type
21   came back discrepant, we were to look to draw
22   another sample to have two samples to compare, but
23   we found a second sample, again, which was almost
24   24 hours apart, same blood type, collected at the
25   same hospital, that resulted the same.

Page 65

 1   Q   But did WASH's written protocol in
 2   2018 include a process for addressing conflicting
 3   or indeterminate blood type results?
 4       MS. CRAIG:  Objection.
 5       THE WITNESS:  No.
 6   BY MS. DINKINS:
 7   Q   I'm sorry.  What did you say?
 8   A   No, outside of having two separate
 9   blood types that were drawn at two different times
10   with the same result.
11   Q   Is WASH's medical director required to
12   review donors' medical records?
13   A   Yes.
14   Q   And is there a particular medical
15   director that does that?  You said WASH had four
16   medical directors.
17   A   It's whoever's covering for the day.
18   Q   And does one of WASH's medical
19   directors review the records for all donors?
20   A   No.  They currently -- in 2018, I'm
21   not certain the practice, but currently, they
22   review their own record in regards to the day that
23   they're on.  Now, if you're asking if there's one
24   medical director that reviews all organ cases at
25   the time that they're active, no, that's the --

Page 90

1  A  Correct.
2  Q  For the donor at issue in this case?
3  A  Correct.
4  Q  Why did WASH order this testing for
5  the donor?
6  A  These same tests are ordered on all
7  organ donors and tissue donors.
8  Q  When WASH ordered these tests from
9  VRL, did it expect to use the results to help
10 determine the donor's blood type?
11 A  Yes.
12 Q  Please look at Exhibit 2, which is the
13 one Bates labeled WASH 218.
14 A  I'm sorry. Repeat that one more time.
15 Q  It's WASH 218.
16 A  Okay.
17 Q  When was the sample for this testing
18 collected?
19 A  Sample 218 was collected at 1900.
20 Q  On November 25th, 2018?
21 A  Correct.
22 Q  Was that sample collected after the
23 donor received blood transfusions?
24    MS. CRAIG: Object to form.
25    THE WITNESS: I don't have the blood

Page 91

1  administration form in front of me, so I don't
2  know.
3  BY MS. DINKINS:
4  Q  According to this VRL test report, was
5  it collected after the donor received blood
6  transfusions?
7  A  Based on this -- based on this report?
8  Q  Yes.
9  A  I don't see where it says
10 posttransfusion, but it should say posttransfusion
11 somewhere. Transfusion status, post.
12 Q  Who determined that this blood was
13 collected posttransfusion?
14 A  That would be the CDC who was
15 collecting the samples at the time they're being
16 sent.
17 Q  And for this case, that was Michael
18 Lotts?
19 A  No. That would have been the day
20 before Michael.
21 Q  Do you know who that was?
22 A  I do not.
23 Q  So WASH told VRL that the sample it
24 was sending had been collected after the donor
25 received blood transfusions. Is that right?

Page 92

1  A  Yes.
2  Q  How did the CDC who collected the
3  sample determine that the donor had received blood
4  transfusions?
5  A  I don't -- I don't know. I don't know
6  how they did. I wasn't -- I don't know. I wasn't
7  part of the case at that time, so I don't -- I
8  don't know. You'd have to ask them.
9  Q  Do you know how that would typically
10 be determined?
11 A  Ask the question for me again.
12 Q  Do you know how a CDC collecting a
13 donor's blood sample would typically determine
14 whether the sample had been collected
15 posttransfusion?
16 A  It would access the blood
17 administration. They would call the blood bank
18 and access the records in combination with
19 speaking with the blood bank to make sure we had a
20 record of all the blood products that had been
21 given, in particular --
22 Q  And would that be the -- I'm sorry.
23 A  In particular red cells.
24 Q  Would that be the blood bank at the
25 donor hospital?

Page 93

1  A  Yes.
2  Q  So do you believe in this case that
3  the CDC would have spoken with the blood bank and
4  reviewed the donor's records to determine whether
5  the sample was collected posttransfusion?
6     MS. CRAIG: Objection. Speculation.
7     THE WITNESS: I don't know. I was --
8  I would -- you would have to ask that particular
9  person. I don't know.
10 BY MS. DINKINS:
11 Q  But is that what you would typically
12 expect to happen?
13    MS. CRAIG: Objection.
14    THE WITNESS: Normal practice.
15 BY MS. DINKINS:
16 Q  Do you have any reason to believe that
17 the normal practice wasn't followed here?
18    MS. CRAIG: Same objection.
19    THE WITNESS: No, I don't.
20 BY MS. DINKINS:
21 Q  What blood type does this report
22 indicate for the donor?
23 A  It's indeterminate, meaning they
24 cannot determine the blood type.
25 Q  And what do the comments underneath

Page 138

1    A    To -- there are certain pieces of
2    information for the chart to follow up for like --
3    that we -- that we obtain as follow-up
4    information, like cultures, information for the
5    coroner, things of those nature, that we -- it's
6    part of our normal process to finish the chart up
7    in that after the case is complete.
8        Q    Why doesn't WASH obtain all of the
9    chart before the donor's case is complete?
10       A    We do.  We just don't often always
11   collect them and print them off and bring them
12   back with us.  We obtain them, in regards to the
13   on-site person, the clinical person, speaking with
14   the blood bank and looking at the medical record
15   in the computer, but it's all electronic, so we
16   wouldn't ask them to print that off to make it
17   part of our chart to bring back because it's
18   electronic.
19       Q    So when was the first time you saw the
20   lab results in Exhibit 10?
21       A    I've never seen these.
22       Q    Do you know whether anyone else who
23   worked on the donor's case reviewed these?
24           MS. CRAIG:  Objection.
25           THE WITNESS:  I can't answer that

Page 139

1    question.  I don't know.
2    BY MS. DINKINS:
3        Q    And I believe you testified that these
4    lab results show the donor's history of blood
5    transfusions.  Is that right?
6        A    Yes.  Remind me of that page again one
7    more time, because when I saw it, I knew what it
8    was, but I just wanted to make sure 100 percent
9    certain that everything in that was all blood
10   products.
11       Q    It starts on 301.
12       A    It's a transfusion record.
13       Q    If you'll please look back at
14   Exhibit 5 and the page labeled WASH 180.
15       A    0180?
16       Q    That's right.
17       A    I'm there.
18       Q    And look at the entry dated 11/26 at
19   2312.  This says that more blood needs to be drawn
20   from the donor before the donor's organ
21   procurement surgery, correct?
22       A    Uh-huh, yes.
23       Q    Why did more blood need to be drawn
24   before the procurement surgery?
25       A    Because this is, again, tissue,

Page 140

1    tissue's request for blood to be drawn outside the
2    hemodilution window for serologies and NATs.  So
3    this was tissue requirements, not organ
4    requirements at that point.
5        Q    And is this saying that any blood
6    drawn after midnight on November 27th would not be
7    hemodiluted?
8        A    Yes, based on that note.  And again,
9    that's for tissue.
10       Q    I understand.  If you'll look back at
11   the call notes, which are Exhibit 8, and please
12   look at the page labeled WASH 39.
13       A    039?
14       Q    That's right.
15       A    Okay.
16       Q    And the entry dated 11/27 at 4:31.
17       A    Okay.
18       Q    This says that Michael Lotts drew
19   blood from the donor on 11/27/18 at 0400, correct?
20       A    Yes.
21       Q    And this also says that Michael Lotts
22   confirmed that the sample qualified and was not
23   hemodiluted.  Is that right?
24       A    Yes, that's what the note says, yes.
25       Q    So why did Michael Lotts confirm that

Page 141

1    the sample wasn't hemodiluted?
2            MS. CRAIG:  Objection.
3            THE WITNESS:  I don't know.  That's
4    a -- you would have to ask Michael that question.
5    I don't know.
6    BY MS. DINKINS:
7        Q    Do you know what was done with the
8    blood Michael Lotts drew on November 27th at 0400?
9        A    No, I do not.  Again, that would have
10   been a tissue request for blood.
11       Q    Do you know whether the blood he drew
12   at that time was sent to transplant hospitals?
13       A    No.  That blood would not have been
14   sent to transplant hospitals.  That blood would
15   have been drawn, based on the notes previously,
16   would be for tissue only, and the blood that we
17   draw for the transplant centers is drawn at the
18   OR.
19       Q    Let's look at -- I'm going to mark
20   Exhibit 11.
21       A    And if you note at the top of that
22   page at 0039 at 09:40, it states incoming call
23   from Michael.  He did do a blood draw at 0400, and
24   sample qualifies.  Patient does not have any more
25   blood products.  That, again, is in reference to