DR. JACQUELINE HONIG'S MOTION FOR SUMMARY JUDGMENT AND MEMORANDUM IN SUPPORT OF HER MOTION FOR SUMMARY JUDGMENT

# EXHIBIT A
Donor Call Note, Nov. 24, 2018

# CONFIDENTIAL