DR. JACQUELINE HONIG'S MOTION FOR SUMMARY JUDGMENT AND MEMORANDUM IN SUPPORT OF HER MOTION FOR SUMMARY JUDGMENT

# EXHIBIT D
Deposition of Darla Welker

2:21-cv-01242-BHH    Date Filed 04/07/23    Entry Number 127-4    Page 2 of 13
Darla A. Welker                              December 14, 2020
Holliman, Michelle v. We Are Sharing Hope SC, et al

Page 1

```
1    STATE OF SOUTH CAROLINA          COURT OF COMMON PLEAS
2    COUNTY OF CHARLESTON             9TH JUDICIAL CIRCUIT
3    MICHELLE CHA HOLLIMAN, individually and as personal
     representative of the Estate of Allen B. Holliman,
4
         Plaintiff,
5
         vs.                CASE NO. 2020-CP-10-2902
6
     WE ARE SHARING HOPE SC, MEDICAL UNIVERSITY OF SOUTH
7    CAROLINA, and UNITED NETWORK FOR ORGAN SHARING,
8        Defendants.
9
10   VIDEOCONFERENCE
     DEPOSITION OF:       DARLA A. WELKER
11
     DATE:                December 14, 2020
12
     TIME:                10:04 a.m.
13
     LOCATION:            Mount Pleasant, South Carolina
14
     TAKEN BY:            Counsel for the Plaintiff
15
     REPORTED BY:         MARIE H. BRUEGGER, RPR, CRR
16                        (Appearing Via VTC)
     _____
17
18
19
20
21
22
23
24
25
```

2:21-cv-01242-BHH    Date Filed 04/07/23    Entry Number 127-4    Page 3 of 13
Darla A. Welker                                                December 14, 2020
Holliman, Michelle v. We Are Sharing Hope SC, et al

Page 2

```
 1      APPEARANCES OF COUNSEL:
 2          ATTORNEYS FOR THE PLAINTIFF
                MICHELLE CHA HOLLIMAN, individually and
 3              as personal representative of the
                Estate of Allen B. Holliman:
 4
                WYCHE, PA
 5              BY:   LUCY DINKINS   (Via VTC)
                BY:   JOHN C. MOYLAN III   (Via VTC)
 6              807 Gervais Street, Suite 301
                Columbia, SC  29201
 7              (803)254-6542
                ldinkins@wyche.com
 8              jmoylan@wyche.com
 9
10          ATTORNEYS FOR THE DEFENDANT
                WE ARE SHARING HOPE SC:
11
                HOOD LAW FIRM
12              BY:   MOLLY H. CRAIG   (Via VTC)
                172 Meeting Street
13              Charleston, SC  29401
                (843)577-4435
14              molly.craig@hoodlaw.com
15
16          ATTORNEYS FOR THE DEFENDANT
                MEDICAL UNIVERSITY OF SOUTH CAROLINA:
17
                BUYCK & SANDERS, LLC
18              BY:   DARREN K. SANDERS   (Via VTC)
                305 Wingo Way
19              Mt. Pleasant, SC  29464
                (843)377-1400
20              dks@buyckfirm.com
21
22
23
24
25
```

2:21-cv-01242-BHH    Date Filed 04/07/23    Entry Number 127-4    Page 4 of 13
Darla A. Welker                                                   December 14, 2020
Holliman, Michelle v. We Are Sharing Hope SC, et al

Page 3

```
 1      APPEARANCES CONTINUED:
 2            ATTORNEYS FOR THE DEFENDANT
               UNITED NETWORK FOR ORGAN SHARING:
 3
               HALL BOOTH SMITH, PC
 4             BY:  JACK G. GRESH   (Via VTC)
               BY:  LAUREN SPEARS GRESH   (Via VTC)
 5             111 Coleman Boulevard, Suite 301
               Mt. Pleasant, SC  29464
 6             (843)720-3460
               jgresh@hallboothsmith.com
 7             lgresh@hallboothsmith.com
 8       ALSO PRESENT:
 9             Christe All   (Via VTC)
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

2:21-cv-01242-BHH     Date Filed 04/07/23     Entry Number 127-4     Page 5 of 13
Darla A. Welker                                       December 14, 2020
Holliman, Michelle v. We Are Sharing Hope SC, et al

Page 4

                           I N D E X

                                                    Page/Line

DARLA A. WELKER

        Examination by Ms. Dinkins                    6        5

SIGNATURE OF DEPONENT                                177        1

CERTIFICATE OF REPORTER                              176


                REQUESTED INFORMATION INDEX


                  (No Information Requested)



                         E X H I B I T S

                                                    Page/Line

PLAINTIFF'S

Exhibit 1     CAT ABO Verification Form               84       19
              [WASH 0229]

Exhibit 2     Serology and ABO Reporting              88       25
              [WASH 218]

Exhibit 3     ABO Reporting [WASH 322]                89        3

Exhibit 4     Transfusion/Infusion -                  99       25
              Hemodilution Worksheet
              [WASH 94]

Exhibit 5     Case Notes [WASH 171-189]              104       20

Exhibit 6     Blood Bank Tests Data                  110        3
              [WASH 216]

2:21-cv-01242-BHH    Date Filed 04/07/23    Entry Number 127-4    Page 6 of 13
Darla A. Welker
December 14, 2020
Holliman, Michelle v. We Are Sharing Hope SC, et al

Page 5

|    |            |                                                       | Page/Line |    |
|----|------------|-------------------------------------------------------|-----------|----|
| 2  | Exhibit 7  | Blood Bank Tests Data [WASH 217]                      | 110       | 6  |
| 4  | Exhibit 8  | Call Notes [WASH 36-42]                               | 116       | 9  |
| 5  | Exhibit 9  | Blood Product/Colloid Administration Summary [WASH 93]| 123       | 5  |
| 8  | Exhibit 10 | Laboratory Results [WASH 300-307]                     | 136       | 5  |
| 10 | Exhibit 11 | Transfusion/Infusion - Hemodilution Worksheet [WASH 96]| 142      | 2  |
| 13 | Exhibit 12 | Photograph of Vial [MUSC RRFP 194]                    | 144       | 14 |
| 15 | Exhibit 13 | DonorNet Documents [WASH 53, 54, 58, 91, 93, 94, 248-258, 262-265, MUSC_Subpoena 90-100] | 150 | 23 |
| 19 | Exhibit 14 | Organ Supply List [WASH 116-117]                      | 153       | 8  |
| 21 | Exhibit 15 | Text Messages [WASH 372-388]                          | 160       | 23 |
| 22 | Exhibit 16 | Email Chain ending in a 12/4/18 Email to Stanton and DeStefano from Thomas [MUSC_Subpoena 14-15] | 172 | 9 |

2:21-cv-01242-BHH     Date Filed 04/07/23     Entry Number 127-4     Page 7 of 13
Darla A. Welker                                              December 14, 2020
Holliman, Michelle v. We Are Sharing Hope SC, et al

Page 21

1        Q    As an AOC, are you involved with
2   determining and reporting the blood type of organ
3   donors?
4        A    Yes.
5        Q    And can you describe your involvement
6   with that, please?
7        A    The blood type is, again, sent with
8   VRL -- to VRL for two samples that are drawn at
9   two different times, and we also run a hospital
10  ABO in the beginning.
11            So when we receive the two VRL
12  specimens, those are received by the clinical
13  allocation technician.  When those are received,
14  they would then report them to the on-site
15  clinician, and then they notify me as to the
16  results of those two samples that were drawn.  And
17  then I verify that it's the correct donor with the
18  correct UNOS ID, the correct birthdate, the
19  correct collection time for both of those, and
20  verify that those two ABOs match.
21       Q    And you also mentioned running a
22  hospital ABO?
23       A    Correct.
24       Q    Can you tell me a little bit about
25  that, please?

```
 1         A    No.  And there would have been -- at
 2    different times when the case starts, there are
 3    other clinicians on.  Michael was on that
 4    particular day.
 5         Q    For the donor at issue in this case?
 6         A    Yes, for the donor the day that the
 7    blood type was typed as well as for the OR and the
 8    recovery in the OR.
 9         Q    So would it have been his role to
10    review the medical records of the donor at issue
11    in this case?
12         A    Yes.
13         Q    Are you responsible for approving the
14    blood type reported for donors that you're working
15    on?
16         A    Yes.
17         Q    And what do you do in order to approve
18    a blood type reported for a donor?
19         A    Again, I look at the two samples that
20    are drawn at VRL to compare those two, and if
21    they're the same blood type, then we would report
22    those and verify those two ABOs as the reported
23    case of what the -- that's the normal practice.
24    So those two blood types match, they have the --
25    it's the right donor, the right -- the right VRL
```

1    form, requisition form drawn at two separate
2    times, both the same result. Those are reported
3    as the ABO.
4         Q   And so what happens if those VRL
5    results don't match?
6         A   We utilize the hospital ABO. So our
7    policy and practice is if we have an indeterminate
8    ABO from VRL, our policy states or allows for us
9    to use two different samples drawn at two
10   different times.
11            And we had the initial ABO, and I
12   don't remember the date and time, but I do recall
13   that it was -- and then Michael and I spoke about
14   ordering a second ABO when we got the
15   indeterminate results on this particular case, and
16   Michael -- while we were on the phone, Michael
17   reported that he'd found another blood type that
18   was drawn approximately 23 hours later, on a
19   different date, and the result was the same, so we
20   had two ABOs that were reported by the hospital as
21   being O. And if we had two samples that reported
22   at two different times, per UNOS policy and WASH
23   policy, we were allowed to use those two samples.
24        Q   And so you just were describing the
25   blood typing results for the donor at issue in

2:21-cv-01242-BHH    Date Filed 04/07/23    Entry Number 127-4    Page 10 of 13
Darla A. Welker
Holliman, Michelle v. We Are Sharing Hope SC, et al
December 14, 2020

Page 30

1    massively transfused, we put in place a hard stop
2    on the case, and that cannot be released until the
3    medical director has reviewed all of the blood
4    types and releases that blood type as being
5    resulted as what they determine it to be with
6    their investigation.
7         Q    And when was that procedure put in
8    place?
9         A    Shortly after this event.
10        Q    And it was put in place because of
11   this event?
12        A    Yes.
13        Q    In November 2018, did the medical
14   directors get involved in a donor who had had
15   massive blood transfusions?
16        A    I don't recall the extent, but again,
17   that sample -- we had two samples drawn at two
18   different times that were -- resulted the same by
19   the hospital, and that was within WASH's policy as
20   well as UNOS's policy, so we -- no, I don't recall
21   that we did at that point just because we had two
22   resulted samples that were the same.
23        Q    So you're saying you don't recall that
24   the medical directors became involved in this
25   donor's case?

1    I'm assuming that it's kept in DonorNet somewhere
2    who did the verifications.
3            Q    Can you please describe what you do in
4    general to approve a donor's blood type?
5                 MS. CRAIG:  Object to form,
6    "approved."
7                 THE WITNESS:  So I'm supposed to
8    answer that one, correct?
9                 MS. CRAIG:  Yes.  And, Darla, you're
10   supposed to answer all questions unless I
11   specifically instruct you not to answer it.
12                THE WITNESS:  Okay.
13                MS. CRAIG:  Thank you.
14                THE WITNESS:  In general practice,
15   again, we receive serologies which contain -- and
16   NATs which contain two different samples drawn for
17   blood typing.  They're drawn at two different
18   times.  So we verify that it's the same UNOS ID on
19   both of those samples, that they're drawn at two
20   different times, or collected at two different
21   times is actually how it's stated on the form, and
22   that it's the same requisition form, and that
23   those two ABOs match.
24   BY MS. DINKINS:
25           Q    And what did you do to approve this

1  donor's blood type?
2           MS. CRAIG:  Object to form.
3           THE WITNESS:  Those two results came
4  back indeterminate.  And when those two came back
5  indeterminate, I first spoke with Janine, and then
6  I called Michael or Michael called me, I'm not
7  100 percent certain, and we discussed drawing
8  another blood type.  And Michael informed me that
9  he had a second ABO at the hospital that was drawn
10 approximately 24 hours out from the first ABO that
11 was drawn, and that they both resulted in an O.
12 So we had two samples that were drawn at two
13 different times that both resulted in an O, and so
14 we followed our Sharing Hope policy as well as
15 UNOS guidelines.
16 BY MS. DINKINS:
17      Q    Did Michael tell you that the donor
18 had received blood transfusions?
19      A    I don't recall.
20      Q    Did you ask him whether the donor had
21 received any transfusions?
22      A    I don't recall.
23      Q    Why did you think that the VRL results
24 came back indeterminate?
25      A    Sometimes samples are hemodiluted

Page 64

```
 1             MS. CRAIG:  Same objection.
 2             THE WITNESS:  This particular case,
 3     this ABO discrepancy.
 4     BY MS. DINKINS:
 5        Q    And so is it your understanding that
 6     these procedures were put in place so that a
 7     situation like what happened with this donor would
 8     not happen again?
 9        A    Do you mean to prevent a situation?
10     Yes.
11        Q    In 2018, did WASH have a written
12     protocol for addressing conflicting or
13     indeterminate blood type results?
14        A    No, just that we had to have two
15     different blood types from two different draw
16     times that resulted in the same blood type.
17        Q    And there was no written policy about
18     what to do if one of the blood type results came
19     back indeterminate.  Is that correct?
20        A    If one blood type -- if the blood type
21     came back discrepant, we were to look to draw
22     another sample to have two samples to compare, but
23     we found a second sample, again, which was almost
24     24 hours apart, same blood type, collected at the
25     same hospital, that resulted the same.
```