DR. JACQUELINE HONIG'S MOTION FOR SUMMARY JUDGMENT AND MEMORANDUM IN SUPPORT OF HER MOTION FOR SUMMARY JUDGMENT

# EXHIBIT G
June 14, 2018 Organ Recovery Policy

**CONFIDENTIAL**