# EXHIBIT 5

# Deposition Excerpts of Darla Welker

Page 1

1    STATE OF SOUTH CAROLINA        COURT OF COMMON PLEAS
2    COUNTY OF CHARLESTON           9TH JUDICIAL CIRCUIT
3    MICHELLE CHA HOLLIMAN, individually and as personal
     representative of the Estate of Allen B. Holliman,
4
          Plaintiff,
5
          vs.               CASE NO. 2020-CP-10-2902
6
     WE ARE SHARING HOPE SC, MEDICAL UNIVERSITY OF SOUTH
7    CAROLINA, and UNITED NETWORK FOR ORGAN SHARING,
8         Defendants.
9
10   VIDEOCONFERENCE
     DEPOSITION OF:     DARLA A. WELKER
11
     DATE:              December 14, 2020
12
     TIME:              10:04 a.m.
13
     LOCATION:          Mount Pleasant, South Carolina
14
     TAKEN BY:          Counsel for the Plaintiff
15
     REPORTED BY:       MARIE H. BRUEGGER, RPR, CRR
16                      (Appearing Via VTC)
     _____
17
18
19
20
21
22
23
24
25

1     only using the hemodilution sheet for serologies
2     and NATs.
3     BY MS. DINKINS:
4             Q    So WASH was not looking at
5     hemodilution in terms of ABO blood typing?
6                 MS. CRAIG:  Objection.
7                 THE WITNESS:  Correct.
8     BY MS. DINKINS:
9             Q    Did WASH's medical director approve
10    this donor?
11            A    WASH's medical director was involved
12    in this donor.  I'm not sure the extent of your
13    question of approving.
14            Q    How was -- can you explain the medical
15    director's involvement with this donor?
16            A    I don't recall.  To be honest, I don't
17    recall.
18            Q    But you know they were involved to
19    some extent?
20            A    I know -- I know there was a medical
21    director assigned to the case.
22            Q    Who was that?
23            A    That was Dr. Honig.
24            Q    Do you know who told Dr. Honig about
25    the donor?