**ELIZABETH DAVIES, MD'S MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

# EXHIBIT K

**EXCERPT FROM DEPOSITION TRANSCRIPT OF DARLA WELKER**

**[12-14-2020]**



Deposition of:
# Darla A. Welker

*December 14, 2020*

In the Matter of:

# Holliman, Michelle v. We Are Sharing Hope SC, et al

A. William Roberts, Jr & Assoc.
800-743-3376 | calendar-awr@veritext.com | www.veritext.com

Page 6

1                      DARLA A. WELKER
2       being first duly sworn, testified as follows:
3                         EXAMINATION
4       BY MS. DINKINS:
5              Q    Good morning, Ms. Welker.  Thank you
6       very much for being here this morning.  I
7       appreciate your time.
8              A    Good morning.
9              Q    As you just heard, my name is Lucy
10      Dinkins, and I represent the plaintiff, Michelle
11      Holliman.  She's brought a lawsuit both
12      individually and as the personal representative of
13      the Estate of Allen Holliman against We Are
14      Sharing Hope, MUSC, and UNOS.
15                  Do you understand that you're here
16      today to give testimony in connection with this
17      case brought by Mrs. Holliman?
18             A    I do.
19             Q    Before we begin, I'd like to go over
20      just a few of the rules and procedures governing
21      the deposition.  If you could please remember to
22      answer all of the questions with a clear verbal
23      answer so that the court reporter can accurately
24      record your answer.
25                  And also, please try to wait until I

2:21-cv-01242-BHH    Date Filed 04/11/23    Entry Number 133-12    Page 4 of 4
Darla A. Welker                                December 14, 2020
Holliman, Michelle v. We Are Sharing Hope SC, et al

Page 150

1     I don't know what their practice is on that
2     perspective.
3          Q    What sort of information does WASH
4     provide to transplant centers regarding a donor?
5          A    Basically, the entire medical record
6     as we have it.
7          Q    So everything that WASH has on a donor
8     it would give to a transplant center?
9          A    That's the purposes of having the
10    medical record in DonorNet is for the transplant
11    surgeons to review the information prior to
12    accepting the organ.
13         Q    And why is that information provided
14    to transplant centers?
15         A    It gives them opportunity to evaluate
16    the donor's record.
17         Q    And would you say it gives them the
18    opportunity to confirm whether a donor is suitable
19    for their patient?
20         A    I can't answer that question for the
21    transplant center.  You'll have to ask them that.
22         Q    I'm going to mark the next exhibit.
23              (Plaintiff's Exhibit 13, DonorNet
24    Documents [WASH 53, 54, 58, 91, 93, 94, 248-258,
25    262-265, MUSC_Subpoena 90-100], were marked for