# EXHIBIT 13

# Photographs



