# EXHIBIT 3

# Deposition Excerpts of Darla Welker

2:21-cv-01242-BHH   Date Filed 04/18/23   Entry Number 145-3   Page 2 of 4
Darla A. Welker                                December 14, 2020
Holliman, Michelle v. We Are Sharing Hope SC, et al

Page 1

1   STATE OF SOUTH CAROLINA        COURT OF COMMON PLEAS
2   COUNTY OF CHARLESTON           9TH JUDICIAL CIRCUIT
3   MICHELLE CHA HOLLIMAN, individually and as personal
    representative of the Estate of Allen B. Holliman,
4
         Plaintiff,
5
         vs.               CASE NO. 2020-CP-10-2902
6
    WE ARE SHARING HOPE SC, MEDICAL UNIVERSITY OF SOUTH
7   CAROLINA, and UNITED NETWORK FOR ORGAN SHARING,
8         Defendants.
9
10  VIDEOCONFERENCE
    DEPOSITION OF:      DARLA A. WELKER
11
    DATE:               December 14, 2020
12
    TIME:               10:04 a.m.
13
    LOCATION:           Mount Pleasant, South Carolina
14
    TAKEN BY:           Counsel for the Plaintiff
15
    REPORTED BY:        MARIE H. BRUEGGER, RPR, CRR
16                      (Appearing Via VTC)
    _____
17
18
19
20
21
22
23
24
25

2:21-cv-01242-BHH    Date Filed 04/18/23    Entry Number 145-3    Page 3 of 4
Darla A. Welker                        December 14, 2020
Holliman, Michelle v. We Are Sharing Hope SC, et al

Page 50

1    and --
2        Q    And what -- excuse me.
3        A    And hemodiluted is clotted, so it
4    could be a bad sample that was drawn.  I didn't
5    know at the time.
6        Q    Did you look into why the VRL results
7    were indeterminate?
8        A    No, not after we found --
9        Q    Why not?
10       A    Not after we found two samples that
11   were both resulted as an O from the hospital.
12       Q    Do you think you should have looked
13   into why the VRL results came back indeterminate?
14            MS. CRAIG:  Objection.
15            THE WITNESS:  Perhaps in hindsight,
16   yes.
17   BY MS. DINKINS:
18       Q    What can cause blood samples to be
19   hemodiluted?
20       A    Depends on -- if the patient is
21   coagulopathic at the time, the sample can clot.
22       Q    What does that mean, to be
23   coagulopathic?
24       A    That means the patient is clotting too
25   fast.  Their blood is clotting fast.

1        Q    I'm not asking about for a particular
2   donor; I'm asking if that's something that can
3   affect the accuracy of blood typing results.
4             MS. CRAIG:  And objection.  Asked and
5   answered.
6             THE WITNESS:  I'm uncomfortable
7   answering that question because I don't know -- I
8   don't know certainly.  I don't know.
9   BY MS. DINKINS:
10       Q    You don't know whether hemodilution
11  can affect the accuracy of blood typing results?
12       A    I don't know, no, I don't know.  I'm
13  not a blood specialist.  I really don't know.
14       Q    Do you expect anyone else besides WASH
15  will confirm a donor's blood type before the
16  donor's organs are removed?
17       A    Ask that question in a different
18  manner.
19       Q    Is there anyone besides WASH that you
20  expect will confirm a donor's blood type before
21  the donor's organs are procured?
22       A    It happens, yes.  Some transplant
23  centers do a confirmatory ABO prior to
24  transplantation.
25       Q    And how do transplant centers do that?