# EXHIBIT 24

# Deposition Excerpts of Darla Welker

2:21-cv-01242-BHH    Date Filed 04/18/23    Entry Number 146-24    Page 2 of 6
Darla A. Welker                                        December 14, 2020
Holliman, Michelle v. We Are Sharing Hope SC, et al

Page 1

```
 1    STATE OF SOUTH CAROLINA        COURT OF COMMON PLEAS
 2    COUNTY OF CHARLESTON           9TH JUDICIAL CIRCUIT
 3    MICHELLE CHA HOLLIMAN, individually and as personal
      representative of the Estate of Allen B. Holliman,
 4
           Plaintiff,
 5
           vs.              CASE NO. 2020-CP-10-2902
 6
      WE ARE SHARING HOPE SC, MEDICAL UNIVERSITY OF SOUTH
 7    CAROLINA, and UNITED NETWORK FOR ORGAN SHARING,
 8         Defendants.
 9
10    VIDEOCONFERENCE
      DEPOSITION OF:     DARLA A. WELKER
11
      DATE:              December 14, 2020
12
      TIME:              10:04 a.m.
13
      LOCATION:          Mount Pleasant, South Carolina
14
      TAKEN BY:          Counsel for the Plaintiff
15
      REPORTED BY:       MARIE H. BRUEGGER, RPR, CRR
16                       (Appearing Via VTC)
      _____
17
18
19
20
21
22
23
24
25
```

2:21-cv-01242-BHH    Date Filed 04/18/23    Entry Number 146-24    Page 3 of 6
Darla A. Welker
December 14, 2020
Holliman, Michelle v. We Are Sharing Hope SC, et al

Page 24

1      A    No.  And there would have been -- at
2    different times when the case starts, there are
3    other clinicians on.  Michael was on that
4    particular day.
5         Q    For the donor at issue in this case?
6         A    Yes, for the donor the day that the
7    blood type was typed as well as for the OR and the
8    recovery in the OR.
9         Q    So would it have been his role to
10   review the medical records of the donor at issue
11   in this case?
12        A    Yes.
13        Q    Are you responsible for approving the
14   blood type reported for donors that you're working
15   on?
16        A    Yes.
17        Q    And what do you do in order to approve
18   a blood type reported for a donor?
19        A    Again, I look at the two samples that
20   are drawn at VRL to compare those two, and if
21   they're the same blood type, then we would report
22   those and verify those two ABOs as the reported
23   case of what the -- that's the normal practice.
24   So those two blood types match, they have the --
25   it's the right donor, the right -- the right VRL

2:21-cv-01242-BHH    Date Filed 04/18/23    Entry Number 146-24    Page 4 of 6
Darla A. Welker
December 14, 2020
Holliman, Michelle v. We Are Sharing Hope SC, et al

Page 45

1   that the donor received blood transfusions,
2   correct?
3           MS. CRAIG:  Same objection.
4           THE WITNESS:  Any coordinator that was
5   on site to review the case, yes, would have known
6   that, should have known that.
7   BY MS. DINKINS:
8       Q   Were there any other coordinators on
9   site for this donor who should have known that?
10      A   There were.  There had to have been
11  other coordinators.  I don't recall who was on the
12  case from the start before Michael.
13      Q   Were you responsible for approving the
14  blood type reported for this donor?
15      A   Yes.
16      Q   And so did you approve reporting this
17  donor as having blood type O?
18      A   I did.
19      Q   How did you communicate your approval
20  of this donor's blood type?
21      A   How did we verify?  Is that the
22  question?
23      Q   Well, my first question was a little
24  more technical.  How did you communicate it?  So
25  did you do this over writing?  Over the phone?

2:21-cv-01242-BHH    Date Filed 04/18/23    Entry Number 146-24    Page 5 of 6
Darla A. Welker                                     December 14, 2020
Holliman, Michelle v. We Are Sharing Hope SC, et al

Page 50

```
 1    and --
 2            Q    And what -- excuse me.
 3            A    And hemodiluted is clotted, so it
 4    could be a bad sample that was drawn.  I didn't
 5    know at the time.
 6            Q    Did you look into why the VRL results
 7    were indeterminate?
 8            A    No, not after we found --
 9            Q    Why not?
10            A    Not after we found two samples that
11    were both resulted as an O from the hospital.
12            Q    Do you think you should have looked
13    into why the VRL results came back indeterminate?
14            MS. CRAIG:  Objection.
15            THE WITNESS:  Perhaps in hindsight,
16    yes.
17    BY MS. DINKINS:
18            Q    What can cause blood samples to be
19    hemodiluted?
20            A    Depends on -- if the patient is
21    coagulopathic at the time, the sample can clot.
22            Q    What does that mean, to be
23    coagulopathic?
24            A    That means the patient is clotting too
25    fast.  Their blood is clotting fast.
```

2:21-cv-01242-BHH    Date Filed 04/18/23    Entry Number 146-24    Page 6 of 6
Darla A. Welker
Holliman, Michelle v. We Are Sharing Hope SC, et al
December 14, 2020

Page 72

1          Q    I'm not asking about for a particular
2    donor; I'm asking if that's something that can
3    affect the accuracy of blood typing results.
4               MS. CRAIG:  And objection.  Asked and
5    answered.
6               THE WITNESS:  I'm uncomfortable
7    answering that question because I don't know -- I
8    don't know certainly.  I don't know.
9    BY MS. DINKINS:
10         Q    You don't know whether hemodilution
11   can affect the accuracy of blood typing results?
12         A    I don't know, no, I don't know.  I'm
13   not a blood specialist.  I really don't know.
14         Q    Do you expect anyone else besides WASH
15   will confirm a donor's blood type before the
16   donor's organs are removed?
17         A    Ask that question in a different
18   manner.
19         Q    Is there anyone besides WASH that you
20   expect will confirm a donor's blood type before
21   the donor's organs are procured?
22         A    It happens, yes.  Some transplant
23   centers do a confirmatory ABO prior to
24   transplantation.
25         Q    And how do transplant centers do that?