**ELIZABETH DAVIES, MD'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AS TO LIABILITY ONLY AGAINST DEFENDANT ELIZABETH DAVIES, MD**

# EXHIBIT 6

## EXCERPTS FROM DEPOSITION TRANSCRIPT OF DARLA WELKER

[12-14-2020]



# VERITEXT
## LEGAL SOLUTIONS

Deposition of:
**Darla A. Welker**

*December 14, 2020*

In the Matter of:

**Holliman, Michelle v. We Are Sharing Hope SC, et al**

A. William Roberts, Jr & Assoc.
800-743-3376 | calendar-awr@veritext.com | www.veritext.com

```
 1              MR. GRESH:  Object to form.
 2              THE WITNESS:  That's -- yes.
 3   That's -- they provide the guidance for OPOs.
 4   BY MS. DINKINS:
 5         Q    And so does UNOS provide oversight in
 6   the donation process?
 7         A    Not in a real-time sense.  Unless
 8   there are concerns during allocation, we sometimes
 9   will reach out to the help desk, but it's not like
10   a -- it's more of a process that, you know,
11   they're available for policy clarification on
12   allocation.
13         Q    But UNOS has a help desk that is
14   available if you have any questions about a donor?
15         A    Yes, but it's mainly like allocation,
16   because at that point we've verified the ABO based
17   on our policy and UNOS policy, so it's not
18   something we would reach out to them for guidance
19   on an ABO at that point because we follow our
20   policy and their guidance in terms of their
21   policy.
22         Q    Does UNOS have access to the donor
23   medical records that are uploaded into DonorNet in
24   real time?
25         A    You would have to refer that to UNOS.
```